United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 14, 2024

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re**: | § § § | **Joint Administration Requested** |
| **DAY ONE DISTRIBUTION LLC,** *et al.* | § § | |
| | § | **Under Case No. (24-31133-11)** |
| **Debtors.**[1] | § | **(Subchapter V)** |

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

The Debtors' Emergency Motion for Joint Administration of Chapter 11 Cases ("Motion")

is granted.  It is hereby ORDERED that:

1.      The chapter 11 cases of Day One Distribution LLC, Case No. 24-31133, and

Zero Day Nutrition Company, Case No. 24-31134 are consolidated for procedural purposes only

and shall be jointly administered by this Court under Case No. 24-31133.

2.      The caption of the cases is modified to reflect the joint administration as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re**: | § § | **Jointly Administered Under** |
| | § | **Case No. (24-31133-11)** |
| **DAY ONE DISTRIBUTION LLC,** *et al.* | § | **(Subchapter V)** |
| | § | |
| **Debtors**[1]. | § | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Day One Distribution, LLC (1125), Case No. 24-31133 and Zero Day Nutrition Company f/k/a GB Nutrition Company (7108), Case No. 24-31134. The location of the Debtors' service address is 12502 Exchange Dr., Suite 448, Stafford, TX 77477.

3.      The Clerk of the Court is directed to enter a notation on the docket sheet of each

of the Debtors' cases in substantially the following form to reflect joint administration of the

cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of
> Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice
> and Procedure of the United States Bankruptcy Court for the Southern District of
> Texas directing joint administration for procedural purposes only of the chapter 11
> cases of: DAY ONE DISTRIBUTION LLC, Case No. 24-31133 and ZERO DAY
> NUTRITION COMPANY, Case No. 24-31134. The docket in Case No. 24-31133
> should be consulted for all matters affecting these cases.

4.      The foregoing caption satisfies the requirements set forth in section 342(c)(1)

of the Bankruptcy Code.

5.      One docket and one consolidated service list shall be maintained for the Debtors'

cases under case number 24-31133.

6.      All pleadings, orders and other papers filed shall be captioned with the style

reflected above and shall reflect that the cases are jointly administered under case number 24-

31133.

7.      The Subchapter V Trustee appointed in the lower numbered captioned case shall

serve as Subchapter V Trustee in both cases.

8.      The U.S. Trustee is authorized to conduct joint meetings, including 341 meetings,

with the Debtors.

9.      Each Debtor shall file separate schedules and statements of financial affairs.

10.     Proofs of claims filed by a creditor of any Debtor shall reflect the style and case

number of the Debtor to which the claim relates and filed in the appropriate Debtor case.

11.     The Clerk of the Court shall maintain separate claim registers for each Debtor.

12.     Each Debtor will file separate monthly operating reports.

13.     One plan of reorganization may be filed for all cases.

14.     Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

15.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

16.     This Court retains jurisdiction with respect to all matters arising from or related to  the implementation, interpretation, and enforcement of this Order.


Signed: March 14, 2024


_____

Eduardo V. Rodriguez

Chief United States Bankruptcy Judge