**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Jointly Administered Under** |
| | § | **Case No. (24-31133-11)** |
| **DAY ONE DISTRIBUTION LLC, *et al.*** | § | |
| | § | **CHAPTER 11** |
| **DEBTORS.¹** | § | |
| | § | **SUBCHAPTER V** |
| | § | |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I, Drew McManigle, hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

    (a)    am not a creditor, equity security holder or insider of the debtor;

    (b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

    (c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $495.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: March 18, 2024

                    */S/ Drew McManigle*_____
DREW MCMANIGLE
700 Milam, Suite 1300
Pennzoil Place
Houston, TX 77002
Telephone: (713) 363-0296
Email: drew@macco.group
**SUBCHAPTER V TRUSTEE**

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Day One Distribution, LLC (1125), Case No. 24-31133 and Zero Day Nutrition Company f/k/a GB Nutrition Company (7108), Case No. 24-31134. The location of the Debtors' service address is 12502 Exchange Dr., Suite 448, Stafford, TX 77477.

1