Fill in this information to identify the case:

Debtor name: **Day One Distribution LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **24-31133**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| AFCO Credit / USI<br>900 S Capital of Teaxas Highway<br>Suite 450<br>Austin, TX 78746 | | | | | | $7,356.09 |
| Amazon Business<br>440 Terry Ave N<br>Seattle, WA 98109 | | | | | | $878.69 |
| American Express<br>PO Box 981537<br>El Paso, TX 79998 | | | | | | $44,669.44 |
| BMW Financial<br>PO Box 78103<br>Phoenix, AZ 85062-8103 | | | | | | $8,152.75 |
| Consolidated Label Co<br>2001 E. Lake Mary Blvd.<br>Sanford, FL 32773 | | | | | | $23,881.67 |
| Foley & Lardner LLP<br>1000 Louisiana Street<br>Suite 2000<br>Houston, TX 77002 | | | | | | $50,257.00 |
| High Impact Analytics<br>5208 Village Parkway #1<br>Rogers, AR 72758 | | | | | | $20,000.00 |
| Kintsugi Digital<br>5049 Edwards Ranch Road<br>Floor 4<br>Fort Worth, TX 76109 | | | | | | $9,051.78 |

Debtor **Day One Distribution LLC**
Name

Case number *(if known)* 24-31133

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lisa Marks Association Inc. (PEZ)**<br>181 Westchester Ave<br>Suite 304-H<br>Port Chester, NY 10573 | | | | | | $57,000.00 |
| **Melton & Melton LLP**<br>6002 Rogerdale Road<br>Suite 200<br>Houston, TX 77072 | | | | | | $4,655.00 |
| **Mill Haven Foods**<br>211 Leer Street<br>New Lisbon, WI 53950-0132 | | | | | | $81,639.14 |
| **Nexus Brand Group**<br>721 N. Eckhoff St.<br>Orange, CA 92868 | | | | | | $18,281.02 |
| **Price Plow**<br>100 Comms Road<br>Suite 7 #199<br>Dripping Springs, TX 78620 | | | | | | $2,000.00 |
| **Priority 1 Inc.**<br>10100 North Central Expressway<br>Suite 380<br>Dallas, TX 75231 | | | | | | $15,550.04 |
| **Scott William Crawford**<br>315 Canyon Springs Dr.<br>Allen, TX 75002 | | | | | | $5,000.00 |
| **Smartshake AB**<br>J rnmalmsgatan 2, 721 32<br>V ster s, Sweden | | | | | | $10,542.14 |
| **St. Denis Companies**<br>2452 W. Birchwood Ave.<br>Suite 114<br>Mesa, AZ 85202 | | | | | | $5,838.39 |

Debtor **Day One Distribution LLC**
       Name

Case number *(if known)* **24-31133**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Veracity Insurance Solutions LLC**<br>**260 South 2500 West**<br>**Suite 303**<br>**Pleasant Grove, UT 84062** | | | | | | $29,878.50 |
| **Waste Management**<br>**800 Capitol Street**<br>**Suite 3000**<br>**Houston, TX 77002** | | | | | | $2,477.49 |
| **Worldwide Express**<br>**2700 Commerce Street**<br>**Suite 1500**<br>**Dallas, TX 75226** | | | | | | $42,183.96 |