**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re**: | § | |
| | § | |
| | § | **Jointly Administered** |
| **DAY ONE DISTRIBUTION LLC**, *et al.* | § | |
| | § | **Under Case No. (24-31133-11)** |
| **Debtors.**[1] | § | **(Subchapter V)** |
| | § | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S
SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS
OF FINANCIAL AFFAIRS**

DAY ONE DISTRIBUTION, LLC ("**DOD Debtor**") and ZERO DAY NUTRITION COMPANY f/k/a GB NUTRITION COMPANY ("**ZD Debtor**") (collectively "**Debtors**") in the above-captioned jointly administered chapter 11 cases have each filed Schedules of Assets and Liabilities (collectively the "Schedules") and Statements of Financial Affairs (collectively the "Statements") in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). The Debtors, with the assistance of legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules and Statements of Financial Affairs* (the "Global Notes") are incorporated by reference and comprise an integral part of the Debtors' respective Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements.

While the Debtors have made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based on information which was available at the time of preparation, the subsequent receipt or discovery of information and/or further review and analysis of the Debtors' books and records may result in material changes to financial data and other information contained in these Schedules and Statements, and inadvertent errors or omissions may exist.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect each of the Debtor's reasonable efforts to report the assets and liabilities of each of the Debtors.

Nothing contained in the Schedules and Statements shall constitute a waiver of rights or judicial admission with respect to each Debtor's chapter 11 case including, but not limited to, any issues involving pending litigation by or against the respective Debtor, or any employees, officers, directors, agents, affiliates or insiders of the Debtors, objections to claims, equitable subordination, defenses, characterization or recharacterization of contracts, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

The Debtors and each of its officers, employees, agents, attorneys, and consultants do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and each of its officers, employees, agents, attorneys, and consultants expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. Each of the Debtors, on behalf of itself, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

In reviewing and signing the Schedules and Statements, the Debtors' representative relied upon the efforts, statements and representations of each Debtor's other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

The Global Notes are in addition to any specific notes contained in the Schedules or Statements. The Schedules and Statements and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtors.

## <u>Global Notes and Overview of Methodology</u>

1.  **<u>Description of Cases</u>.** On March 14, 2024, (the "Petition Date"), DOD Debtor filed a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code under Case No. 24-31133 and ZD Debtor filed a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code under Case No. 24-31134.  On March 14, 2024, the Court entered an order authorizing joint administration of these cases (Docket No. 6).

2.  **<u>Global Notes Control</u>.** These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3.     **Reservations and Limitations.** Since mid-summer 2023, the Debtors effectively been without a CFO or any senior accounting staff to maintain the books and records. As of the Petition Date, the books and records of each Debtor were not fully reconciled and contained inconsistencies. Shortly before the bankruptcy, the Debtors engaged a financial advisor, who has been engaged in the bankruptcy cases, to assist with reconciling and correcting the books and records. The financial advisor and management have used their best efforts to ascertain the information required to complete the Schedules and Statements. However, certain inconsistencies in the books and records have been discovered which could impact the information provided. Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inaccuracies, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to either of these chapter 11 cases, including, but not limited to, any rights or claims of either of the Debtor's against any third party or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)     **No Admission.** Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against either Debtor, any assertion made therein or herein, or a waiver of either Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

(b)     **Recharacterization.** Notwithstanding that the Debtors have made commercially reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

(c)     **Classifications.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by either Debtor of the legal rights of the claimant or contract counterparty, or a waiver of either Debtor's rights to recharacterize or reclassify such claim or contract.

(d)     **Claims Description.** Any failure to designate a claim on either Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the respective Debtor that such amount is not "disputed," "contingent," or "unliquidated." Debtors reserve all rights to dispute, or assert

offsets or defenses to, any claim reflected on its respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority of any claim. Moreover, listing a claim does not constitute an admission of liability by either Debtor against which the claim is listed or by any of the Debtors. The Debtors reserve all rights to amend their respective Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(e)     **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtors to each make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

(f)     **Causes of Action.** Despite commercially reasonable efforts, the Debtors may not have identified all current and potential causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and Statements should be construed as a waiver of any such causes of action.

(g)     **Intellectual Property Rights.** Exclusion of certain intellectual property from the Schedules and Statements should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property rights in the Schedules and Statements should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(h)     **Insiders.** In the circumstance where the Schedules and Statements require information regarding "insiders," each Debtor has included information with respect to certain individuals who served as officers and directors, as the case may be, during the relevant time periods. Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for: (i) the purposes of determining (A) control

of the Debtors; (B) the extent to which any individual exercised management responsibilities or functions; (C) corporate decision-making authority over the Debtors; or (D) whether such individual could successfully argue that he is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose.

4.  **Methodology.**

(a)  **Basis of Presentation.** The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") nor are they  intended to be fully reconciled to the financial statements of each Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect each Debtor's commercially reasonable efforts to report the assets and liabilities of the respective Debtor.

(b)  **Confidential Information.** There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts.  Generally, the Debtors haves used this approach because of a confidentiality agreement between the respective Debtor and a third party, for the protection of sensitive commercial information, or for the privacy of an individual.

(c)  **Duplication.** Certain of each Debtor's assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have endeavored to only list such assets, liabilities, and prepetition payments once.

(d)  **Net Book Value.** In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to each Debtor. Accordingly, unless otherwise indicated, each Debtor's Schedules and Statements reflect net book values. Also, assets that have been fully depreciated or  that were expensed for accounting purposes either do not appear in these Schedules and Statements, or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of each Debtor's with respect to such asset.

(e)  **Undetermined Amounts.** The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

(f)  **Unliquidated Amounts.** Amounts that could not be fairly quantified by each Debtor are scheduled as "unliquidated.

(g)  **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(h)     **Property and Equipment.** Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtors may each lease furniture, fixtures, and equipment from certain third-party lessors. To the extent possible, any such leases are listed in the Schedules and Statements. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and each Debtor reserves all rights with respect thereto.

(i)     **Allocation of Liabilities.** Each Debtor's allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

(j)     **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on each Debtor's books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the respective Debtor or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the respective Debtor on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable. Each Debtor reserves all of its rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules.

(k)     **Guarantees and Indemnification Claims.** The Debtors have exercised commercially reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements.  Where guarantees or indemnification claims have been identified, they have been included in Schedules E/F, G and H.  The Debtors may have inadvertently omitted guarantees or indemnifications embedded in their contractual agreements and may identify additional guarantees or indemnifications as it continues to review its books and records and contractual agreements.  Each Debtor reserves its rights, but is not required, to amend the Schedules and Statements if additional guarantees are identified.

(l)     **Excluded Assets and Liabilities.** Each Debtor has excluded certain categories of assets and liabilities from the Schedules and Statements, including, but not limited to: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits. Other immaterial assets and liabilities may also have been excluded.

(m)     **Liens.** The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any liens.

(n)    **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

5.    <u>**Specific Disclosures for Schedules of Assets and Liabilities**</u>.

(a)    <u>**Schedules Summary**</u>. Except as otherwise noted, the asset totals represent amounts as of March 14, 2024 and liability information provided herein represents each Debtor's liabilities as of the Petition Date.

(b)    **Schedule B -***Personal Property*.  Certain personal property of each Debtor could arguably be listed in response to more than one Schedule B question. In such cases, each Debtor has endeavored to list such property once in the most appropriate category.  Each Debtor's accounts receivable reflects estimated doubtful collections due to anticipated setoff's related to promotion and marketing credits and returns from vendors, including substantially all of the $166,368 in doubtful collections for DO Debtor which are estimated credits for GNC.  The doubtful accounts for ZD Debtor are substantially intercompany debt which is likely not collectible. Fz4Additionally, the A/R over 90 days for DO Debtor is classified in Debtor's books and records as A/R but is essentially consigned goods through Amazon which have not yet been sold.  As the goods are sold, the A/R balance is reduced.  Notwithstanding the foregoing, the Debtors are unable to determine with certainty how much of the accounts receivable will be collected.  Office furniture and office equipment have been listed at net book value, which is net of accumulated depreciation.

In the ordinary course of its business, the Debtors may each have accrued certain rights to counterclaims, cross-claims, setoffs, credits, rebates, or refunds with their customers and suppliers, or potential warranty claims against their suppliers.  Additionally, certain of the Debtors may be party to pending litigation in which such Debtor has asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because such claims are unknown to the affected Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

(c)    **Schedule D** - *Creditors Holding Secured Claims*.  The listing of a claim in Schedule D does not constitute an admission by each of the Debtors that such claim is entitled to secured treatment under the Bankruptcy Code and does not constitute a waiver of any right to recharacterize or reclassify such claim.  The Debtors each reserves the right to dispute the nature, validity and amount of each of these claims and listing of the same in Schedule D shall not be deemed a waiver of any objections of causes of action.

(d)    **Schedule E** - *Creditors Holding Unsecured Priority Claims*.  The listing of a claim on Schedule E does not constitute an admission by each Debtor that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code and does not constitute a waiver of any right to recharacterize or reclassify such claim.

(e)     **Schedule F - *Creditors Holding Unsecured Nonpriority Claims***.  The claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While best efforts have been made, the determination of each date upon which each claim on Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, each Debtor does not list a date for each claim listed on Schedule F.

Schedule F permits each Debtor to designate a claim as disputed, contingent and/or unliquidated. A failure to designate a claim on Schedule F as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection. Each Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on Schedule F as to amount, liability or status.

(f)     **Schedule G - *Executory Contract and Unexpired Leases***.  While every effort has been made to ensure the accuracy of the Schedule of Executory Contracts and Unexpired Leases, inadvertent errors or omissions may have **occurred**. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed therein. Certain of the executory agreements may not have been memorialized and could be subject to dispute. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or is enforceable.  Certain contracts with former insiders of the Debtors are listed on Schedule G which are disputed.

(g)     **Schedule H - *Codebtors***.  In the event of any co-obligors with respect to a scheduled debt or guaranty of any Debtor, such co-obligator is listed on Schedule H of such Debtor, with a cross-reference to any other relevant Schedule of such Debtor listing such debt or guaranty.

## 6.     Statement of Financial Affairs.

*Various Statements*. Certain questions in the Statements request each Debtor to provide information for a certain time period prior to the Petition Date. Unless otherwise noted herein or elsewhere in the Statements, information provided by the Debtor is through the Petition Date.

(a)     **Statement *3 - Payments to Creditors***. Each Debtor has been able to *compile* information relating to payments in the 90-day period prior to the Petition Date.  The failure to list any such payments does not constitute an admission that no such payments exist but are simply unavailable at this time.

(b)     **Statement 4, 13, 30 – *Payments/Transfers/Distributions***. Each Debtor has been able to *compile* information relating to payments within one year and two-year period prior to the Petition Date.  The failure to list any such payments does not constitute an admission that no such payments exist but are simply unavailable at this time.

(c)     ***Statement 7 – Legal Actions or Assignments***. Each Debtor has listed all known lawsuits that have been filed.  Each Debtor reserves the right to supplement should any other litigation be pending but has not been learned through the respective Debtor's efforts to research any existing litigation.  The Debtors have not included workers' compensation claims in response to this question.

**THE DEBTORS EACH RESERVE THE RIGHT TO AMEND THE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS. THE DEBTORS DO NOT WAIVE ANY ISSUE OF FACT, REMEDY, CLAIM, OR DEFENSE PERTAINING TO ANY MATTER ADDRESSED HEREIN.**

\*     \*     \*     \*     \*

**Fill in this information to identify the case:**

Debtor name      **Day One Distribution LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **24-31133**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
●   Other document that requires a declaration      Amended  List of 20 Largest Creditors

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 11, 2024**            X   Michael Bischoff with permission by /s/ Melissa A. Haselden
                                                     Signature of individual signing on behalf of debtor

                                                     **Michael Bischoff**
                                                     Printed name

                                                     **CEO of Zero Day Nutrition Company, Managing Member**
                                                     Position or relationship to debtor

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Day One Distribution LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **24-31133** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AFCO Credit / USI 900 S Capital of Teaxas Highway Suite 450 Austin, TX 78746 | | | | | | $7,356.09 |
| American Express PO Box 981537 El Paso, TX 79998 | | | | | | $44,669.44 |
| BMW Financial PO Box 78103 Phoenix, AZ 85062-8103 | | | | | | $8,152.75 |
| Consolidated Label Co 2001 E. Lake Mary Blvd. Sanford, FL 32773 | | | | | | $23,881.67 |
| <span style="color:red">Container and Packaging 1345 E State Street Eagle Eagle, ID 83616</span> | <span style="color:red">Containers</span> | <span style="color:red">Disputed</span> | | | | <span style="color:red">$8,356.33</span> |
| Foley & Lardner LLP 1000 Louisiana Street Suite 2000 Houston, TX 77002 | | | | | | $50,257.00 |
| High Impact Analytics 5208 Village Parkway #1 Rogers, AR 72758 | | | | | | $20,000.00 |
| Kintsugi Digital 5049 Edwards Ranch Road Floor 4 Fort Worth, TX 76109 | | | | | | $9,051.78 |

| Debtor | **Day One Distribution LLC** | | Case number *(if known)* | **24-31133** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lisa Marks Association Inc. (PEZ) 181 Westchester Ave Suite 304-H Port Chester, NY 10573** | | | **Contingent** | | | **$57,000.00** |
| **Melton & Melton LLP 6002 Rogerdale Road Suite 200 Houston, TX 77072** | | | | | | **$4,655.00** |
| **Mill Haven Foods 211 Leer Street New Lisbon, WI 53950-0132** | | | | | | **$81,639.14** |
| **Nexus Brand Group 721 N. Eckhoff St. Orange, CA 92868** | | | | | | **$18,281.02** |
| **Price Plow 100 Comms Road Suite 7 #199 Dripping Springs, TX 78620** | | | | | | **$2,000.00** |
| **Priority 1 Inc. 10100 North Central Expressway Suite 380 Dallas, TX 75231** | | | | | | **$15,550.04** |
| **Scott William Crawford 315 Canyon Springs Dr. Allen, TX 75002** | | | | | | **$5,000.00** |
| **Smartshake AB J rnmalmsgatan 2, 721 32 V ster s, Sweden** | | | | | | **$10,542.14** |
| **St. Denis Companies 2452 W. Birchwood Ave. Suite 114 Mesa, AZ 85202** | | | | | | **$5,838.39** |

| Debtor | **Day One Distribution LLC** | | Case number *(if known)* | **24-31133** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Veracity Insurance Solutions LLC 260 South 2500 West Suite 303 Pleasant Grove, UT 84062** | | | | | | **$29,878.50** |
| **Waste Management 800 Capitol Street Suite 3000 Houston, TX 77002** | | | | | | **$2,477.49** |
| **Worldwide Express 2700 Commerce Street Suite 1500 Dallas, TX 75226** | | | | | | **$42,183.96** |

**Fill in this information to identify the case:**

Debtor name    **Day One Distribution LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **24-31133**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $         **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $     **899,194.39**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $     **899,194.39**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **1,401,201.46**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $         **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... +$     **792,414.56**

4.    Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b            $     **2,193,616.02**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Day One Distribution LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **24-31133**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Amegy Bank of Texas** | **Checking** | **3741** | $148.17 |
| 3.2. | **Ampla** | **Checking** | **1500** | $0.86 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $149.03 |
|---|

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.     **Accounts receivable**

Debtor   **Day One Distribution LLC**                                    Case number *(If known)*  **24-31133**
_____
Name

| 11a. 90 days old or less: | **225,592.50** | - | **166,368.00** | = .... | **$59,224.50** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **186,477.70** | - | **0.00** | = .... | **$186,477.70** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          | **$245,702.20** |

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** **Finished product and raw materials.** | | $567,718.18 | | $567,718.18 |
| 22.   **Other inventory or supplies** | | | | |

23.   **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.          | **$567,718.18** |

24.   **Is any of the property listed in Part 5 perishable?**

☒ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☒ Yes. Book value     **30,018.00**   Valuation method _____     Current Value     **30,018.00**

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

Debtor   **Day One Distribution LLC**                                    Case number *(If known)*  **24-31133**
_____Name_____

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Office Furniture, see Exhibit "Part 7 #39"** | **$4,535.95** | | **$4,535.95** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Office Marketing Equipment, see Exhibit "Part 7 #41"** | **$10,700.23** | | **$10,700.23** |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  | $15,236.18 |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2023 BMW 760xi, VIN #8227** | **$58,436.17** | | **$58,436.17** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| 16200 · Furniture | | | | | | | | | | 0 |
| Credit Card | 1/23/2022 | | Best Buy | Samsung Refrigerator RS27T5200S | | | AMEX COR | 1845.62 | | 1845.62 |
| Bill | 10/19/2022 | 1NTV-K9Q3 | Amazon Bu | 55in Large Electric Height Standing | | | 20100 · Acc | 300.79 | | 2146.41 |
| Bill | 11/26/2022 | 199L-NPPP | Amazon Bu | computer chair for Robert | | | 20100 · Acc | 206.66 | | 2353.07 |
| Bill | 12/4/2022 | 1RVQ-6D1I | Amazon Bu | 55in. Large Electric adjustable stan | | | 20100 · Acc | 247.75 | | 2600.82 |
| Bill | 4/1/2023 | 1CJV-JQM\ | Amazon Bu | LG UltraFine UHD 27-Inch Comput | | | 20100 · Acc | 400.51 | | 3001.33 |
| Bill | 4/1/2023 | 1RRN-JHWI | Amazon Bu | SHW 55-Inch Large Electric Height | | | 20100 · Acc | 591.98 | | 3593.31 |
| Bill | 11/15/2023 | 20231115 | Ben Arden ( | work computer | | | 20100 · Acc | 942.64 | | 4535.95 |
| Total 16200 · Furniture | | | | | | | | 4535.95 | 0 | 4535.95 |
| TOTAL | | | | | | | | 4535.95 | 0 | **$ 4,535.95** |

EXHIBIT

Part 7 #39

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-----|-------|-------|--------|---------|
| **16100 · Machinery and Equpment** | | | | | | | | | | 0 |
| Credit Card | 3/2/2022 | | CLX GAMIN | Brandons Work Computer | | | AMEX CORI | 1239.95 | | 1239.95 |
| Credit Card | 10/3/2022 | 968.82 | Best Buy | Tablet for Sam | | | AMEX CORI | 968.82 | | 2208.77 |
| Credit Card | 10/18/2022 | | B & H Photc | Computer for marketing team | | | AMEX CORI | 1352.37 | | 3561.14 |
| Credit Card | 10/25/2022 | | Apple Store | Computer for marketing team | | | AMEX CORI | 1730.92 | | 5292.06 |
| Credit Card | 10/28/2022 | 968.82 | Best Buy | Tablet for Sam | | | AMEX CORP - 5 BISCHC | | 968.82 | 4323.24 |
| Credit Card | 10/28/2022 | 968.82 | Best Buy | Tablet for Sam | | | AMEX CORI | 968.82 | | 5292.06 |
| Bill | 11/22/2022 | | B&H Camei | Camera for Marketing | | | 20100 · Acc | 5408.17 | | 10700.23 |
| **Total 16100 · Machinery and Equpment** | | | | | | | | 11669.05 | 968.82 | 10700.23 |
| **TOTAL** | | | | | | | | 11669.05 | 968.82 | **$ 10,700.23** |

**EXHIBIT**

**Part 7 #41**

Debtor   **Day One Distribution LLC**  Case number *(If known)*  **24-31133**
Name

| | | |
|---|---|---|
| **Wall fixture for Glaxon products installed at various GNC locations. No value as they are custom wall displays.** | $835,841.00 | $0.00 |

51. **Total of Part 8.** | **$58,436.17** |
Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **Glaxon license agreement includes usage and maintenance of www.Glaxon.com** | $0.00 | | Unknown |
| 62. **Licenses, franchises, and royalties** **Trademark License with Zero Day Nutrition Company for various trademarks and all goodwill associated with them.** **Executed 1/1/21 and good for 5 years, then automatically renews for 5 years.** | $0.00 | | Unknown |
| 63. **Customer lists, mailing lists, or other compilations** **Customer List.** | $0.00 | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.** | **$0.00** |
Add lines 60 through 65. Copy the total to line 89.

Debtor   **Day One Distribution LLC**                                    Case number *(if known)* **24-31133**
         <sub>Name</sub>

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit<br>has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of<br>every nature, including counterclaims of the debtor and rights to<br>set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets,<br>country club membership<br>**Amazon reserve account (for chargebacks and other<br>charges) ($11,952.63);<br>Intuit Merchant Acccount #1170<br>Authorize.net #2817<br>PayArc #0922<br>Amazon (Glaxon Account) #FHX6<br>Shopify (Glaxon.com) - no balance, pass through only** | $11,952.63 |

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   | $11,952.63 |
   |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor    **Day One Distribution LLC**                          Case number *(If known)*  **24-31133**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $149.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $245,702.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $567,718.18 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,236.18 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $58,436.17 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $11,952.63 | |
| 91. **Total.** Add lines 80 through 90 for each column | $899,194.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $899,194.39 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Day One Distribution LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | **24-31133** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1   3PCG Inc.**
Creditor's Name

**1019 Avenue P
Suite 401
Brooklyn, NY 11223**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
10/30/2023**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**UCC filed 12/22/23**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$114,629.40**   Column B: **$0.00**

**2.2   Ampla LLC**
Creditor's Name

**1239 Broadway, 12th Floor
New York, NY 10001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
09/27/2022**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All assets (including, but not limited to, Cash, checking accounts, inventory, A/R)
UCC filed 09/28/22**

**Describe the lien**
**Uniform Commercial Code Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$637,620.33**   Column B: **$637,620.33**

Debtor   **Day One Distribution LLC**                                    Case number (if known)   **24-31133**
_____
Name

☑ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative  ☑ Disputed
priority.

---

| 2.3 | **Cash Fund** | Describe debtor's property that is subject to a lien | **$157,368.00** | **Unknown** |
|-----|---------------|---|---|---|

Creditor's Name

**110 16th Street
Suite 901
Denver, CO 80202**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**10/06/2023**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**UCC filed on 01/08/2024**

**Describe the lien**

**Uniform Commercial Code Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **CT Corporation** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|-----|---------------------|---|---|---|

Creditor's Name

**330 N. Brand Blvd, Suite
700
ATTN: SPRS
Glendale, CA 91203**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**UCC filed 05/12/22**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 | **CT Corporation** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|-----|---------------------|---|---|---|

Creditor's Name

**330 N Brand Blvd, Suite
700
ATTN: SPRS
Glendale, CA 91203**
_____
Creditor's mailing address

**UCC filed on 01/02/2024**

**Describe the lien**

---

| Debtor | **Day One Distribution LLC** | Case number (if known) | **24-31133** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 | **Momentum BMW Mini** | Describe debtor's property that is subject to a lien | $58,436.17 | $58,436.17 |

Creditor's Name

**2023 BMW 760xi, VIN #8227**
**$4,000 due at signing, 36 monthly payments of $2,561.19**

**9570 Southwest Freeway**
**Houston, TX 77074**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**02/09/2023**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**5994**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Ouiby Inc. dba Kickfurther** | Describe debtor's property that is subject to a lien | $232,055.00 | $0.00 |

Creditor's Name

**UCC Filed on 06/08/2023**

**PO Box 21584**
**Boulder, CO 80308**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**05/18/2023**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

Debtor **Day One Distribution LLC**
Name

Case number (if known) **24-31133**

| | |
|---|---|
| 2.8 **Ouiby Inc. dba Kickfurther** | Describe debtor's property that is subject to a lien     $44,070.00     $0.00 |
| Creditor's Name | **UCC filed on 06/08/2023** |

**PO Box 21584
Boulder, CO 80308**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes

**Date debt was incurred**         **Is anyone else liable on this claim?**
**05/26/2023**         ■ No
**Last 4 digits of account number**   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
■ No              ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ■ Disputed
priority.

---

| | |
|---|---|
| 2.9 **Ouiby Inc. dba Kickfurther** | Describe debtor's property that is subject to a lien     $100,627.80     $0.00 |
| Creditor's Name | **UCC filed on 06/23/2023** |

**PO Box 21584
Boulder, CO 80308**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes

**Date debt was incurred**         **Is anyone else liable on this claim?**
**05/26/2023**         ■ No
**Last 4 digits of account number**   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
■ No              ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ■ Disputed
priority.

---

| | |
|---|---|
| 2.10 **SBA** | Describe debtor's property that is subject to a lien     $56,394.76     $56,394.76 |
| Creditor's Name | **All assets (including, but not limited to, Cash, checking accounts, inventory, A/R)** |

**1545 Hawkins Blvd
Suite 202
El Paso, TX 79925**
Creditor's mailing address

**UCC filed 09/06/20**

**Describe the lien**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes

**Date debt was incurred**         **Is anyone else liable on this claim?**
**08/28/2020**         ■ No
**Last 4 digits of account number**   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor **Day One Distribution LLC**
_____
Name

Case number (if known)   **24-31133**
_____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,401,201.46** |

---

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **3Point Capital**<br>**2901 Clint Moore Road**<br>**#401**<br>**Boca Raton, FL 33496** | Line  **2.1** | |
| **CFS CAP LLC**<br>**136 E. South Temple**<br>**Salt Lake City, UT 84111** | Line  **2.3** | |
| **Corporation Service Company**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | Line  **2.3** | |
| **Corporation Service Company**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | Line  **2.10** | |
| **Corporation Service Company**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | Line  **2.1** | |
| **CT Lien Solutions**<br>**2929 Allen Parkway**<br>**Suite 100**<br>**Houston, TX 77019** | Line  **2.4** | |
| **CT Lien Solutions**<br>**2929 Allen Parkway**<br>**Suite 100**<br>**Houston, TX 77019** | Line  **2.5** | |
| **First Corporation Solutions as rep**<br>**914 S Street**<br>**Sacramento, CA 95811** | Line  **2.2** | |
| **First Corporation Solutions as rep**<br>**914 S Street**<br>**Sacramento, CA 95811** | Line  **2.7** | |
| **First Corporation Solutions as rep**<br>**914 S Street**<br>**Sacramento, CA 95811** | Line  **2.8** | |

---

Debtor   **Day One Distribution LLC**
        Name

Case number (*if known*)   **24-31133**

**First Corporation Solutions as rep**
**914 S Street**
**Sacramento, CA 95811**

Line   **2.9**

---

**Fill in this information to identify the case:**

Debtor name **Day One Distribution LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **24-31133**

☐ Check if this is an amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Amy Maher**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred<br>**03/06/24 - 03/12/24, payroll 03/15/24** | Basis for the claim:<br>**Prepetition wage claim of $2,306.16 - Paid per Court Order (see docket #21)** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**AVICKACI LLC**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred<br>**03/06/24 - 03/12/24, payroll 03/15/24** | Basis for the claim:<br>**Prepetition wage claim of $3,763.47 - Paid per Court Order (see docket #21)** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| Debtor | **Day One Distribution LLC** | Case number (if known) | 24-31133 |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Benjamin D Arden**
**12502 Exchange Dr #448**
**Stafford, TX 77477**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**03/06/24 - 03/12/24, payroll 03/15/24**

Basis for the claim:
**Prepetition wage claim of $552.89 - Paid per Court Order (see docket #21)**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Blair M Rodgers**
**12502 Exchange Dr #448**
**Stafford, TX 77477**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**03/06/24 - 03/12/24, payroll 03/15/24**

Basis for the claim:
**Prepetition wage claim of $1,287.50 - Paid per Court Order (see docket #21)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Zachary S Flannery**
**12502 Exchange Dr #448**
**Stafford, TX 77477**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**03/06/24 - 03/12/24, payroll 03/15/24**

Basis for the claim:
**Prepetition wage claim of $1,788.47 - Paid per Court Order (see docket #21)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,356.09 |
|---|---|---|---|

**AFCO Credit / USI**
**900 S Capital of Teaxas Highway**
**Suite 450**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Day One Distribution LLC** | Case number (if known) | 24-31133 |
|---|---|---|---|
| | Name | | |

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $878.69 |
|---|---|---|---|

**Amazon Business**
**440 Terry Ave N**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,669.44 |
|---|---|---|---|

**American Express**
**PO Box 981537**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,152.75 |
|---|---|---|---|

**BMW Financial**
**PO Box 78103**
**Phoenix, AZ 85062-8103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $333.47 |
|---|---|---|---|

**Comcast**
**PO Box 60503**
**City of Industry, CA 91716-0533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,881.67 |
|---|---|---|---|

**Consolidated Label Co**
**2001 E. Lake Mary Blvd.**
**Sanford, FL 32773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,356.33 |
|---|---|---|---|

**Container and Packaging**
**1345 E State Street Eagle**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  12/05/23

Basis for the claim:  **Containers**

Last 4 digits of account number  1629

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,257.00 |
|---|---|---|---|

**Foley & Lardner LLP**
**1000 Louisiana Street**
**Suite 2000**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Day One Distribution LLC**                                            Case number (if known)   **24-31133**
_____
Name

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**GNC Holdings LLC**
**300 Sixth Avenue**
**Pittsburgh, PA 15222**

Date(s) debt was incurred  **11/11/2020**

Last 4 digits of account number  **9069**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**High Impact Analytics**
**5208 Village Parkway #1**
**Rogers, AR 72758**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,051.78** |
|---|---|---|---|

**Kintsugi Digital**
**5049 Edwards Ranch Road**
**Floor 4**
**Fort Worth, TX 76109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LG Funding**
**1218 Union Street**
**Brooklyn, NY 11225**

Date(s) debt was incurred  **07/13/2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LG Funding**
**1218 Union Street**
**Brooklyn, NY 11225**

Date(s) debt was incurred  **08/30/2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,000.00** |
|---|---|---|---|

**Lisa Marks Association Inc. (PEZ)**
**181 Westchester Ave**
**Suite 304-H**
**Port Chester, NY 10573**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,655.00** |
|---|---|---|---|

**Melton & Melton LLP**
**6002 Rogerdale Road**
**Suite 200**
**Houston, TX 77072**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Day One Distribution LLC** | Case number (if known) | **24-31133** |
|---|---|---|---|
| | Name | | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,000.00 |
|---|---|---|---|
| | **Michael Bischoff**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,639.14 |
|---|---|---|---|
| | **Mill Haven Foods**<br>**211 Leer Street**<br>**New Lisbon, WI 53950-0132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,281.02 |
|---|---|---|---|
| | **Nexus Brand Group**<br>**721 N. Eckhoff St.**<br>**Orange, CA 92868** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|
| | **Price Plow**<br>**100 Comms Road**<br>**Suite 7 #199**<br>**Dripping Springs, TX 78620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,550.04 |
|---|---|---|---|
| | **Priority 1 Inc.**<br>**10100 North Central Expressway**<br>**Suite 380**<br>**Dallas, TX 75231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|
| | **Scott William Crawford**<br>**315 Canyon Springs Dr.**<br>**Allen, TX 75002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,100.00 |
|---|---|---|---|
| | **Shareholder Solutions LLC**<br>**12502 Exchange, Suite 448**<br>**Stafford, TX 77477** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Day One Distribution LLC** | Case number (if known) | **24-31133** |
|---|---|---|---|
| | Name | | |

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,542.14 |
|---|---|---|---|

**Smartshake AB**
**J rnmalmsgatan 2, 721 32**
**V ster s, Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,838.39 |
|---|---|---|---|

**St. Denis Companies**
**2452 W. Birchwood Ave.**
**Suite 114**
**Mesa, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,878.50 |
|---|---|---|---|

**Veracity Insurance Solutions LLC**
**260 South 2500 West**
**Suite 303**
**Pleasant Grove, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $496.46 |
|---|---|---|---|

**Waste Management**
**800 Capitol Street**
**Suite 3000**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **3009**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,477.49 |
|---|---|---|---|

**Waste Management**
**800 Capitol Street**
**Suite 3000**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **3003**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,183.96 |
|---|---|---|---|

**Worldwide Express**
**2700 Commerce Street**
**Suite 1500**
**Dallas, TX 75226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **7717**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495.00 |
|---|---|---|---|

**Worldwide Express**
**2700 Commerce Street**
**Suite 1500**
**Dallas, TX 75226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **8114**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Day One Distribution LLC** | Case number (if known) | **24-31133** |
|---|---|---|---|
| | Name | | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $181,030.20 |

**Zero Day Nutrition Company**
**12502 Exchange Drive**
**Suite 448**
**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,310.00 |

**Zero Day Nutrition Company**
**12502 Exchange Drive**
**Suite 448**
**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Inventory purchases

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 792,414.56 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 792,414.56 |

**Fill in this information to identify the case:**

Debtor name   **Day One Distribution LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **24-31133**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Business Solutions Agreement**<br>**Fulfill by Amazon (FBA)**<br><br><br><br>**Amazon Business**<br>**CSC 300 Deschutes Way SW**<br>**Suite 208 MC-CSC1**<br>**Olympia, WA 98501** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br><br><br><br><br>State the term remaining<br><br>List the contract number of any government contract | **Purchasing Agreement signed 11/11/2020 / Amended with Purchasing Agreement #CW9069 Addendum1 dated 3/4/21 / Amended with Purchasing Agreement #CW9069 Addendum2 effective 12/21/21**<br>**Through 12/21/24 and then automatically renews annually**<br><br>**GNC Holdings LLC**<br>**300 Sixth Avenue**<br>**Pittsburgh, PA 15222** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Warrant Purchase Agreement signed 12/2021**<br><br>**36 month**<br><br>**GNC Holdings LLC**<br>**300 Sixth Avenue**<br>**Pittsburgh, PA 15222** |

Debtor 1  **Day One Distribution LLC**

First Name          Middle Name          Last Name

Case number *(if known)*  **24-31133**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **2023 BMW 760xi, VIN #8227**<br>**$4,000 due at signing, 36 monthly payments of $2,561.19** | |
|---|---|---|---|
| | State the term remaining | | **Momentum BMW Mini**<br>**9570 Southwest Freeway**<br>**Houston, TX 77074** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Binding Term Sheet for Purchase of Equity Interests of Day One Distribution, LLC dated 07/20/23** | |
|---|---|---|---|
| | State the term remaining | | **Sam Strange**<br>**Green Zoom LLC**<br>**1111 E Sunrise Blvd #407**<br>**Fort Lauderdale, FL 33304** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Plus Agreement** | |
|---|---|---|---|
| | State the term remaining | **12 month term, renews monthly** | **Shopify**<br>**151 O'Connor Street**<br>**Ground Floor**<br>**Ottawa, ON K2P 2L8** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name   **Day One Distribution LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **24-31133**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **A1A Distribution LLC** | **12502 Exchange Dr #448 Stafford, TX 77477** | **CT Corporation** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.2 Michael Bischoff | **12502 Exchange Dr. #448 Stafford, TX 77477** | **Momentum BMW Mini** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.3 Michael Bischoff | **12502 Exchange Dr. #448 Stafford, TX 77477** | **Ampla LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.4 Michael Bischoff | **12502 Exchange Dr. #448 Stafford, TX 77477** | **3PCG Inc.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.5 Michael Bischoff | **12502 Exchange Dr. #448 Stafford, TX 77477** | **Cash Fund** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Day One Distribution LLC** | Case number *(if known)* | **24-31133** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Michael Bischoff** | 12502 Exchange Dr. #448 Stafford, TX 77477 | **LG Funding** | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.7 | **Michael Bischoff** | 12502 Exchange Dr. #448 Stafford, TX 77477 | **LG Funding** | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.8 | **Standard Supplement Supply, LLC** | 12502 Exchange Dr #448 Stafford, TX 77477 | **CT Corporation** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Zero Day Nutrition Company** | 12502 Exchange Dr. #448 Stafford, TX 77477 | **CT Corporation** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.10 | **Zero Day Nutrition Company** | 12502 Exchange Dr. #448 Stafford, TX 77477 | **CT Corporation** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.11 | **Zero Day Nutrition Company** | 12502 Exchange Dr. #448 Stafford, TX 77477 | **LG Funding** | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.12 | **Zero Day Nutrition Company** | 12502 Exchange Dr. #448 Stafford, TX 77477 | **LG Funding** | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.13 | **Michael Bischoff** | 12502 Exchange Dr. #448 Stafford, TX 77477 | **Momentum BMW Mini** | ☐ D _____ ☐ E/F _____ ■ G __2.4__ |

Debtor   **Day One Distribution LLC**                    Case number *(if known)*   **24-31133**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

**Fill in this information to identify the case:**

Debtor name     **Day One Distribution LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF TEXAS

Case number (if known)     **24-31133**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $524,403.92 |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $7,737,163.14 |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $3,895,588.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Day One Distribution LLC**                                           Case number *(if known)*   **24-31133**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **SEE ATTACHED EXHIBIT "SOFA #3"** | | **$58,362.41** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **SEE ATTACHED EXHIBIT "SOFA #4"** | | **$9,038,698.68** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Triton Recovery LLC**<br>**3111 N. University Drive**<br>**Suite 604**<br>**Pompano Beach, FL 33065** | **Letter sent to Intuit on 02/29/24**<br>Last 4 digits of account number:   1125 | **Letter sent to Intuit on 02/29/24** | **$17,714.50** |
| **Triton Recovery LLC**<br>**3111 N. University Drive**<br>**Suite 604**<br>**Pompano Beach, FL 33065** | **Letter sent to Intuit on 02/29/24**<br>Last 4 digits of account number:   1125 | **Letter sent to Intuit on 02/29/24** | **$37,331.40** |

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Vendor | Type | Num | Date | Amount |
|---|---|---|---|---|
| 3 Point Capital Group (Auto) | Bill Pmt -Check | ACH | 1/9/2024 | $ 5,000.00 |
| 3 Point Capital Group (Auto) | Bill Pmt -Check | ACH | 1/8/2024 | $ 5,000.00 |
| 3 Point Capital Group (Auto) | Bill Pmt -Check | ACH | 1/4/2024 | $ 5,000.00 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 3/8/2024 | $ 55.97 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 3/5/2024 | $ 13,641.02 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 3/1/2024 | $ 135.36 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 2/23/2024 | $ 53.25 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 2/23/2024 | $ 54.58 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 2/16/2024 | $ 73.67 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 2/14/2024 | $ 5.53 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 2/9/2024 | $ 59.91 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 2/2/2024 | $ 54.58 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 1/31/2024 | $ 210.68 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 1/26/2024 | $ 54.58 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 1/26/2024 | $ 53.25 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 1/19/2024 | $ 19.09 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 1/19/2024 | $ 54.58 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 1/12/2024 | $ 56.54 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 1/5/2024 | $ 61.87 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 12/29/2023 | $ 54.58 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 12/29/2023 | $ 53.25 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 12/22/2023 | $ 75.63 |
| ADP (Payroll) | 10112 · Amegy Operating Account | | 12/18/2023 | $ 58.49 |
| Haselden Farrow | 10112 · Amegy Operating Account | | 3/12/2024 | $ 5,000.00 |
| Haselden Farrow | 10112 · Amegy Operating Account | | 3/12/2024 | $ 8,476.00 |
| Haselden Farrow | 10112 · Amegy Operating Account | | 3/11/2024 | $ 15,000.00 |

**EXHIBIT**

**SOFA 3**

exhibitsticker.com

## DOD Insider Payments

| Insider | Type | Num | Date | Amount |
|---|---|---|---|---|
| Shareholder Solution | Check | | 11/22/2023 | $ 1,500.00 |
| Great Zoom | Bill Pmt -Check | ACH | 2/12/2024 | $ 3,000.00 |
| Great Zoom | Bill Pmt -Check | ACH | 2/2/2024 | $ 5,000.00 |
| Great Zoom | Bill Pmt -Check | ACH | 1/29/2024 | $ 3,000.00 |
| Great Zoom | Bill Pmt -Check | ACH | 1/29/2024 | $ 2,000.00 |
| Great Zoom | Bill Pmt -Check | ACH | 1/5/2024 | $ 5,000.00 |
| Great Zoom | Bill Pmt -Check | ACH | 8/16/2023 | $ 8,000.00 |
| Great Zoom | Bill Pmt -Check | ACH | 7/24/2023 | $ 10,000.00 |
| Zero Day | Check | WIRE | 2/22/2024 | $ 2,000.00 |
| Zero Day | Check | WIRE | 2/9/2024 | $ 5,000.00 |
| Zero Day | Check | WIRE | 2/9/2024 | $ 20,000.00 |
| Zero Day | Check | WIRE | 1/19/2024 | $ 10,000.00 |
| Zero Day | Check | WIRE | 1/11/2024 | $ 10,000.00 |
| Zero Day | Check | WIRE | 1/4/2024 | $ 4,000.00 |
| Zero Day | General Journal | 12312023 | 12/31/2023 | $ 73,940.98 |
| Zero Day | Check | | 12/21/2023 | $ 30,200.00 |
| Zero Day | Check | WIRE | 12/11/2023 | $ 5,000.00 |
| Zero Day | General Journal | 11302023R | 12/1/2023 | $ 36,503.36 |
| Zero Day | Check | WIRE | 11/28/2023 | $ 5,000.00 |
| Zero Day | Check | WIRE | 11/13/2023 | $ 1,000.00 |
| Zero Day | Check | WIRE | 11/13/2023 | $ 100.00 |
| Zero Day | Check | WIRE | 11/10/2023 | $ 10,000.00 |
| Zero Day | Check | WIRE | 11/7/2023 | $ 55,000.00 |
| Zero Day | Check | WIRE | 11/6/2023 | $ 20,000.00 |
| Zero Day | General Journal | 10312023R | 11/1/2023 | $ 58,655.41 |
| Zero Day | Check | WIRE | 10/30/2023 | $ 50,000.00 |
| Zero Day | Check | WIRE | 10/27/2023 | $ 15,000.00 |
| Zero Day | Check | WIRE | 10/23/2023 | $ 20,000.00 |
| Zero Day | Check | WIRE | 10/18/2023 | $ 50,000.00 |
| Zero Day | Check | WIRE | 10/3/2023 | $ 20,000.00 |
| Zero Day | Check | WIRE | 10/3/2023 | $ 100,000.00 |
| Zero Day | General Journal | 09302023R | 10/1/2023 | $ 252,620.29 |
| Zero Day | Check | WIRE | 9/15/2023 | $ 150,000.00 |
| Zero Day | General Journal | 08312023R | 9/1/2023 | $ 631,005.28 |
| Zero Day | Check | WIRE | 8/15/2023 | $ 50,000.00 |
| Zero Day | Check | WIRE | 8/14/2023 | $ 80,000.00 |
| Zero Day | Check | WIRE | 8/8/2023 | $ 200,000.00 |
| Zero Day | Check | WIRE | 8/1/2023 | $ 200,000.00 |
| Zero Day | General Journal | 07312023R | 8/1/2023 | $ 638,750.61 |
| Zero Day | Check | WIRE | 7/24/2023 | $ 70,000.00 |

**EXHIBIT**

**SOFA #4**

| | | | | | |
|---|---|---|---|---|---:|
| Zero Day | Check | WIRE | 7/21/2023 | $ | 60,000.00 |
| Zero Day | Check | WIRE | 7/13/2023 | $ | 220,000.00 |
| Zero Day | General Journal | 06302023R | 7/1/2023 | $ | 984,326.64 |
| Zero Day | General Journal | 05312023R | 6/1/2023 | $ | 1,193,484.31 |
| Zero Day | Check | WIRE | 5/31/2023 | $ | 195,000.00 |
| Zero Day | Check | WIRE | 5/25/2023 | $ | 15,000.00 |
| Zero Day | Check | WIRE | 5/25/2023 | $ | 19,000.00 |
| Zero Day | Check | WIRE | 5/23/2023 | $ | 42,000.00 |
| Zero Day | Check | WIRE | 5/22/2023 | $ | 42,000.00 |
| Zero Day | General Journal | 04302023R | 5/1/2023 | $ | 1,278,580.93 |
| Zero Day | Check | WIRE | 4/18/2023 | $ | 170,000.00 |
| Zero Day | Check | WIRE | 4/7/2023 | $ | 50,000.00 |
| Zero Day | General Journal | 03312023R | 4/1/2023 | $ | 1,603,066.20 |
| Zero Day | Check | WIRE | 3/24/2023 | $ | 20,000.00 |
| Zero Day | Check | WIRE | 3/16/2023 | $ | 200,000.00 |
| Michale Bischoff | Bill Pmt -Check | ACH | 1/22/2024 | $ | 500.00 |
| Michale Bischoff | Bill Pmt -Check | ACH | 11/22/2023 | $ | 2,000.00 |
| Shareholder Solution | Direct Deposit | Payroll | 11/10/2023 | $ | 1,442.31 |
| Shareholder Solution | Direct Deposit | Payroll | 11/3/2023 | $ | 1,442.31 |
| Shareholder Solution | Direct Deposit | Payroll | 10/27/2023 | $ | 1,442.31 |
| Shareholder Solution | Direct Deposit | Payroll | 10/20/2023 | $ | 1,442.31 |
| Shareholder Solution | Direct Deposit | Payroll | 10/13/2023 | $ | 1,442.31 |
| Shareholder Solution | Direct Deposit | Payroll | 10/6/2023 | $ | 1,442.31 |
| Great Zoom | Direct Deposit | Payroll | 11/3/2023 | $ | 2,884.62 |
| Great Zoom | Direct Deposit | Payroll | 10/27/2023 | $ | 2,884.62 |
| Great Zoom | Direct Deposit | Payroll | 10/20/2023 | $ | 2,884.62 |
| Great Zoom | Direct Deposit | Payroll | 10/13/2024 | $ | 2,884.62 |
| Great Zoom | Direct Deposit | Payroll | 10/6/2023 | $ | 2,884.62 |
| Michale Bischoff | Direct Deposit | Payroll | 11/10/2023 | $ | 1,231.28 |
| Michale Bischoff | Direct Deposit | Payroll | 11/3/2023 | $ | 1,231.29 |
| Michale Bischoff | Direct Deposit | Payroll | 10/27/2023 | $ | 1,231.29 |
| Michale Bischoff | Direct Deposit | Payroll | 10/20/2023 | $ | 1,231.27 |
| Michale Bischoff | Direct Deposit | Payroll | 10/13/2024 | $ | 1,231.29 |
| Michale Bischoff | Direct Deposit | Payroll | 10/6/2023 | $ | 1,231.29 |
| Shareholder Solution | Online Transfer | Consultanti | 1/22/2024 | $ | 500.00 |
| Shareholder Solution | Online Transfer | Consultanti | 11/22/2023 | $ | 1,500.00 |

Debtor   **Day One Distribution LLC**                                                                      Case number *(if known)*   **24-31133**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Jasmine Gamez v. Zero Day Nutrition Company, et al EDCV 22-1655 JCB** | **Class Action Complaint, . Violation of California Unfair Competition law, and other charges**<br><br>**2. This was dismissed.** | **US District Court Central District of California** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Live Well Foundation** | **Donation** | **9/14/22** | **$5,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.2. | **The Brenda & John H. Guncan Rise School** | **Donation** | **2/1/23** | **$5,000.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Debtor | **Day One Distribution LLC** | Case number *(if known)* | **24-31133** |

---

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 2/12/24 - $10,000 (from Zero Day Nutrition)<br><br>3/11/24 - $15.000 (from Day One Distribution)<br><br>3/12/24 - $15,000 (from Zero Day Nutrition)<br><br>3/12/24 - $13,476 (from Day One Distribution) | |
| | **Haselden Farrow PLLC**<br>**700 Milam**<br>**Suite 1300**<br>**Houston, TX 77002** | Debtors collectively paid $50,000.00, plus $3,476.00 for filing fees, to HF prior to bankruptcy filing on dates listed below. On March 12, 2024, HF applied $25,530.00, plus $3,476.00, to prepetition invoices and expenses, including filing fees, leaving a post petition retainer of $24,470.00 for these jointly administered cases. | | $534,760.00 |
| | Email or website address<br>**www.HaseldenFarrow.com** | | | |
| | Who made the payment, if not debtor?<br>**Debtor and Zero Day Nutrition (co-debtor)** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

Debtor **Day One Distribution LLC** _____ Case number *(if known)* **24-31133**

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Billing details for bank and credit card information, shipping address details. Stored in shipping application and QuickBooks.**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor **Day One Distribution LLC** _____   Case number *(if known)* **24-31133** _____

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Day One Distribution LLC | Case number *(if known)* | 24-31133 |

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Hartford Casualty Ins Co** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Melton & Melton LLP** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Melton & Melton LLP** | |
| 26c.2.  **Aspen American Ins Co** | |
| 26c.3.  **Stewart Nixon**<br>**12502 Exchange Dr. #448**<br>**Stafford, TX 77477** | |

Debtor   **Day One Distribution LLC**                                      Case number *(if known)*   **24-31133**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.4.   **Michael Bischoff**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Ampla LLC** |
| 26d.2.   **Ouiby Inc. dba Kickfurther** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Zero Day Nutrition Company** | **12502 Exchange Drive Suite 448 Stafford, TX 77477** | **General partner** | **91** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Samuel Strange** | **12502 Exchange Dr. Suite 448 Stafford, TX 77477** | **President of Great Zoom, LLC** | **9** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Sam Strange** | **1111 E Sunrise Blvd #407 Fort Lauderdale, FL 33304** | | **09/01/19 - 07/20/23** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

Debtor   **Day One Distribution LLC**                              Case number *(if known)* **24-31133**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **SEE EXHIBIT "SOFA #4"** | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 11, 2024**

Michael Bischoff with permission by /s/ Melissa A. Haselden      **Michael Bischoff**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **CEO of Zero Day Nutrition Company, Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Texas

In re   **Day One Distribution LLC**                                          Case No.   **24-31133**

                                        Debtor(s)                              Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Green Zoom LLC/ Sam Strange**<br>**2499 24th S**<br>**#108**<br>**Arlington, VA 22206** | | **9%** | **Membership Interest** |
| **Zero Day Nutrition Company**<br>**12502 Exchange Drive**<br>**Suite 448**<br>**Stafford, TX 77477** | | **91%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO of Zero Day Nutrition Company, Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 11, 2024**                           Signature   Michael Bischoff with permission by /s/ Melissa A. Haselden

                                                                **Michael Bischoff**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.