<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Day One Distribution LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td><strong>24-31133</strong></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■ Amended *Schedule*    **A/B; Summary of Assets and Liabilities**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __April 22, 2024__        X _____
Signature of individual signing on behalf of debtor

**Michael Bischoff**
Printed name

**CEO of Zero Day Nutrition Company, Managing Member**
Position or relationship to debtor

Official Form 202                 Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Day One Distribution LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | **24-31133** |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

### Part 1:   Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................  $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................  $     **887,241.76**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................  $     **887,241.76**

### Part 2:   Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $     **1,401,201.46**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................  +$     **792,414.56**

4.  **Total liabilities** ..............................................................................................................
    Lines 2 + 3a + 3b     $     **2,193,616.02**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Day One Distribution LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | **24-31133** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Amegy Bank of Texas** | **Checking** | 3741 | $148.17 |
| 3.2. | **Ampla** | **Checking** | 1500 | $0.86 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $149.03 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| Debtor | **Day One Distribution LLC** | | Case number *(If known)* | **24-31133** |
|---|---|---|---|---|
| | Name | | | |

11a. 90 days old or less:     **225,592.50**   -   **166,368.00**   = ....   **$59,224.50**
                 face amount           doubtful or uncollectible accounts

11b. Over 90 days old:     **186,477.70**   -   **0.00**   =....   **$186,477.70**
                face amount           doubtful or uncollectible accounts

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     **$245,702.20**

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Finished product and raw materials.** | | $567,718.18 | | $567,718.18 |
| 22. **Other inventory or supplies** | | | | |

**23.** **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.     **$567,718.18**

**24.** **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value     **30,018.00** Valuation method     Current Value     **30,018.00**

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

Debtor **Day One Distribution LLC**
Name

Case number *(If known)* **24-31133**

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture**<br>**Office Furniture, see Exhibit "Part 7 #39"** | **$4,535.95** | | **$4,535.95** |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office Marketing Equipment, see Exhibit "Part 7 #41"** | **$10,700.23** | | **$10,700.23** |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$15,236.18** |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2023 BMW 760xi, VIN #8227** | **$58,436.17** | | **$58,436.17** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Debtor    **Day One Distribution LLC**         Case number *(If known)*   **24-31133**
      Name

**Wall fixture for Glaxon products installed at various GNC locations. No value as they are custom wall displays.**     **$359,050.00**           **$0.00**

| | | |
|---|---|---|
| 51. | **Total of Part 8.** | **$58,436.17** |
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** <br> **Glaxon license agreement includes usage and maintenance of www.Glaxon.com** | **$0.00** | | **Unknown** |
| 62.   **Licenses, franchises, and royalties** <br> **Trademark License with Zero Day Nutrition Company for various trademarks and all goodwill associated with them.** <br> **Executed 1/1/21 and good for 5 years, then automatically renews for 5 years.** | **$0.00** | | **Unknown** |
|    **Texas Food Manufacturer License** | **$0.00** | | **$0.00** |
| 63.   **Customer lists, mailing lists, or other compilations** <br> **Customer List.** | **$0.00** | | **Unknown** |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

Debtor   **Day One Distribution LLC**                                    Case number *(If known)*  __24-31133__
_____
Name

66.   **Total of Part 10.**
| | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:**   **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.   **Notes receivable**
   Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties** (whether or not a lawsuit
   has been filed)

75.   **Other contingent and unliquidated claims or causes of action of
   every nature, including counterclaims of the debtor and rights to
   set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
   country club membership
   **Amazon reserve account (for chargebacks and other
   charges) ($11,952.63);
   Intuit Merchant Acccount #1170 - unknown
   Authorize.net #2817 - unknown
   PayArc #0922  - $0
   Amazon (Glaxon Account) #FHX6
   Shopify (Glaxon.com) - no balance, pass through only
   Sezzle - $1,324.18**                                             **Unknown**

   **Capitalized Start-Up Costs - book value - $127,463.63**                  **$0.00**

78.   **Total of Part 11.**
| | $0.00 |

Add lines 71 through 77. Copy the total to line 90.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Debtor    **Day One Distribution LLC**                                      Case number *(If known)*   **24-31133**
          Name

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor  **Day One Distribution LLC**                                      Case number *(If known)*  **24-31133**
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $149.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $245,702.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $567,718.18 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,236.18 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $58,436.17 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $887,241.76 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $887,241.76 |

**Fill in this information to identify the case:**

Debtor name  **Day One Distribution LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **24-31133**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$524,403.92** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$7,737,163.14** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$3,895,588.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor   **Day One Distribution LLC**                                                    Case number *(if known)*   **24-31133**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **SEE ATTACHED EXHIBIT "SOFA #3"** | | **$58,362.41** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **SEE ATTACHED EXHIBIT "SOFA #4"** | | $_____ | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Triton Recovery LLC**<br>**3111 N. University Drive**<br>**Suite 604**<br>**Pompano Beach, FL 33065** | **Letter sent to Intuit on 02/29/24**<br>Last 4 digits of account number: ___1125___ | **Letter sent to Intuit on 02/29/24** | **$17,714.50** |
| **Triton Recovery LLC**<br>**3111 N. University Drive**<br>**Suite 604**<br>**Pompano Beach, FL 33065** | **Letter sent to Intuit on 02/29/24**<br>Last 4 digits of account number: ___1125___ | **Letter sent to Intuit on 02/29/24** | **$37,331.40** |

**Part 3:**    **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

# INSIDER PAYMENTS

EXHIBIT

SOFA #4

# DAY ONE DISTRIBUTION OFFICER AND PARTNER COMPENSATION

**Day One Distribution**

Pay Stubs - Shareholder Solutions LLC

Check dates from: ☐  to: ☐

| Check Date | Check Number | Total Paid | Net Pay | |
|---|---|---|---|---|
| 11/10/2023 | Direct Deposit | 1,442.31 | 1,442.31 | View Pay Stub |
| 11/3/2023 | Direct Deposit | 1,442.31 | 1,442.31 | View Pay Stub |
| 10/27/2023 | Direct Deposit | 1,442.31 | 1,442.31 | View Pay Stub |
| 10/20/2023 | Direct Deposit | 1,442.31 | 1,442.31 | View Pay Stub |
| 10/13/2023 | Direct Deposit | 1,442.31 | 1,442.31 | View Pay Stub |
| 10/6/2023 | Direct Deposit | 1,442.31 | 1,442.31 | View Pay Stub |
| | **Total** | **8,653.86** | | |

**Pay Stubs - Great Zoom LLC**

Check dates from: ☐  to: ☐

| Check Date | Check Number | Total Paid | Net Pay | |
|---|---|---|---|---|
| 11/3/2023 | Direct Deposit | 2,884.62 | 2,884.62 | View Pay Stub |
| 10/27/2023 | Direct Deposit | 2,884.62 | 2,884.62 | View Pay Stub |
| 10/20/2023 | Direct Deposit | 2,884.62 | 2,884.62 | View Pay Stub |
| 10/13/2023 | Direct Deposit | 2,884.62 | 2,884.62 | View Pay Stub |
| 10/6/2023 | Direct Deposit | 2,884.62 | 2,884.62 | View Pay Stub |
| | **Total** | **14,423.10** | | |

**Michael Bischoff Jr.**

| Check Date | Check Number | Total Paid | Net Pay |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 11/10/2023 | Direct Deposit | 1,442.31 | 1,231.28 | View Pay Stub |
| 11/3/2023 | Direct Deposit | 1,442.31 | 1,231.29 | View Pay Stub |
| 10/27/2023 | Direct Deposit | 1,442.31 | 1,231.29 | View Pay Stub |
| 10/20/2023 | Direct Deposit | 1,442.31 | 1,231.27 | View Pay Stub |
| 10/13/2023 | Direct Deposit | 1,442.31 | 1,231.29 | View Pay Stub |
| 10/6/2023 | Direct Deposit | 1,442.31 | 1,231.29 | View Pay Stub |
| | **Total** | **8,653.86** | | |

**MICHAEL BISCHOFF LOAN TO DAY ONE DISTRIBUTION**

| Account Number | Account Type | | | | | | |
|---|---|---|---|---|---|---|---|
| ******3741 | Business Inspire Checking | | | | | | |
| Date | Account | Description | Check # | Deposit Slip ID | Memo | Credit | Debit |
| 12/20/2023 | Day One Distr. Checking | WIRE/XFER-20231220 00008358 ;ORG MICHAEL BISCHOFF JR 5103 | | | | $ 35,000.00 | |
| 12/15/2023 | Day One Distr. Checking | WIRE/XFER-20231215 00001990 ;ORG MICHAEL BISCHOFF JR 840 | | | | $ 4,000.00 | |
| 12/13/2023 | Day One Distr. Checking | WIRE/XFER-20231213 00001505 ;ORG MICHAEL BISCHOFF JR 926 | | | | $ 8,000.00 | |
| 11/22/2023 | Day One Distr. Checking | ONLINE XFER TO DDA BISCHOFF JR ID: 000001121 | | | | | $ (2,000.00) |
| | | | | | | | |

# SHAREHOLDER SOLUTIONS TRANSFER TO DAY ONE DISTRIBUTION

| Account Number | Account Type | | | | | | |
|---|---|---|---|---|---|---|---|
| ******3741 | Business Inspire Checking | | | | | | |
| Date | Account | Description | Check # | Deposit Slip ID | Memo | Credit | Debit |
| 3/12/2024 | Day One Distr. Checking | ONLINE XFER FROM DDA SHAREHOLDER ID: 000001232 | | | | $ 2,000.00 | |
| 2/29/2024 | Day One Distr. Checking | ONLINE XFER FROM DDA SHAREHOLDER ID: 000001413 | | | | $ 1,100.00 | |
| 1/22/2024 | Day One Distr. Checking | ONLINE XFER TO DDA SHAREHOLDER ID: 000009898 | | | | | $ (500.00) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/30/2023 | Day One Distr. Checking | ONLINE XFER FROM DDA SHAREHO LDER ID: 00000015 7 | | | | $ 6,000.00 | |
| 11/27/2023 | Day One Distr. Checking | ONLINE XFER FROM DDA SHAREHO LDER ID: 00000702 4 | | | | $ 12,000.00 | |
| 11/22/2023 | Day One Distr. Checking | ONLINE XFER TO DDA SHAREHO LDER ID: 00000272 4 | | | | | $(1,500.00) |
| 11/9/2023 | Day One Distr. Checking | ONLINE XFER FROM DDA SHAREHO LDER ID: 00000467 8 | | | | $ 4,000.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/5/2023 | Day One Distr. Checking | ONLINE XFER FROM DDA SHAREHOLDER ID: 000009873 | | | | $ 30,000.00 | |
| 4/25/2023 | Day One Distr. Checking | ONLINE XFER FROM DDA SHAREHOLDER ID: 000001947 | | | | $ 42,567.00 | |
| | | | | | | | |
| | | | | | | | |

# DAY ONE DISTRIBUTION / ZERO DAY TRANSFERS

| Account Number | Account Type | | | | | | |
|---|---|---|---|---|---|---|---|
| ******3741 | Business Inspire Checking | | | | | | |
| Date | Account | Description | Check # | Deposit Slip ID | Memo | Credit | Debit |
| 3/14/2024 | Day One Distr. Checking | ONLINE XFER FROM DDA ZERO DAY NUT    ID: 000004812 | | | | $    3,500.00 | |
| 3/14/2024 | Day One Distr. Checking | ONLINE XFER FROM DDA ZERO DAY NUT    ID: 000009587 | | | | $    1,000.00 | |
| 3/14/2024 | Day One Distr. Checking | ONLINE XFER FROM DDA ZERO DAY NUT    ID: 000004595 | | | | $      360.00 | |
| 3/13/2024 | Day One Distr. Checking | ONLINE XFER FROM DDA ZERO DAY NUT    ID: 000003614 | | | | $    2,000.00 | |
| 3/13/2024 | Day One Distr. Checking | ONLINE XFER FROM DDA ZERO DAY NUT    ID: 000000357 | | | | $    1,500.00 | |
| 3/12/2024 | Day One Distr. Checking | ONLINE XFER FROM DDA ZERO DAY NUT    ID: 000000344 | | | | $    4,000.00 | |
| 3/8/2024 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000008886 | | | | | $      (750.00) |
| 3/8/2024 | Day One Distr. Checking | ONLINE XFER FROM DDA ZERO DAY NUT    ID: 000007000 | | | | $    6,500.00 | |
| 3/5/2024 | Day One Distr. Checking | ONLINE XFER FROM DDA ZERO DAY NUT    ID: 000004235 | | | | $    9,950.00 | |
| 2/22/2024 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000006448 | | | | | $    (2,000.00) |
| 2/15/2024 | Day One Distr. Checking | ONLINE XFER FROM DDA ZERO DAY NUT    ID: 000003468 | | | | $    4,000.00 | |
| 2/9/2024 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000002989 | | | | | $   (20,000.00) |
| 2/9/2024 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000005750 | | | | | $    (5,000.00) |
| 1/26/2024 | Day One Distr. Checking | ONLINE XFER FROM DDA ZERO DAY NUT    ID: 000005495 | | | | $    2,000.00 | |
| 1/19/2024 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000000620 | | | | | $   (10,000.00) |
| 1/11/2024 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000009732 | | | | | $   (10,000.00) |
| 1/4/2024 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000001146 | | | | | $    (4,000.00) |
| 12/28/2023 | Day One Distr. Checking | ONLINE XFER FROM DDA ZERO DAY NUT    ID: 000009764 | | | | $    7,600.00 | |
| 12/26/2023 | Day One Distr. Checking | ONLINE XFER FROM DDA ZERO DAY NUT    ID: 000004368 | | | | $    7,000.00 | |
| 12/21/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000008792 | | | | | $   (30,200.00) |
| 12/11/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000004890 | | | | | $    (5,000.00) |
| 11/28/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000007874 | | | | | $    (5,000.00) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/17/2023 | Day One Distr. Checking | ONLINE XFER FROM DDA ZERO DAY NUT    ID: 000000392 | | | | $    9,900.00 | |
| 11/13/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000002730 | | | | | $        (100.00) |
| 11/13/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000002621 | | | | | $      (1,000.00) |
| 11/10/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000000784 | | | | | $    (10,000.00) |
| 11/7/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000009014 | | | | | $    (55,000.00) |
| 11/6/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000003052 | | | | | $    (20,000.00) |
| 10/30/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000008287 | | | | | $    (50,000.00) |
| 10/27/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000008670 | | | | | $    (15,000.00) |
| 10/25/2023 | Day One Distr. Checking | AMEX EPAYMENT  0005000040ACH PMT  CCDCOP000005619526ZERO DAY NUTRITION   REF # 023298005627528 | | | | | $    (23,394.49) |
| 10/23/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000005942 | | | | | $    (20,000.00) |
| 10/20/2023 | Day One Distr. Checking | AMEX EPAYMENT  0005000040ACH PMT  CCDCOP000005615526ZERO DAY NUTRITION   REF # 023293002523306 | | | | | $    (23,394.49) |
| 10/18/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000001528 | | | | | $    (50,000.00) |
| 10/4/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000006226 | | | | | $    (20,000.00) |
| 10/3/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000000321 | | | | | $  (100,000.00) |
| 9/18/2023 | Day One Distr. Checking | AMEX EPAYMENT  0005000040ACH PMT  CCDCOP000005583185ZERO DAY NUTRITION   REF # 023261002796384 | | | | | $    (39,454.08) |
| 9/15/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000000328 | | | | | $  (150,000.00) |
| 9/7/2023 | Day One Distr. Checking | AMEX EPAYMENT  0005000040ACH PMT  CCDCOP000005573226ZERO DAY NUTRITION   REF # 023250005255331 | | | | | $    (57,388.15) |
| 8/15/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000000967 | | | | | $    (50,000.00) |
| 8/14/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000007566 | | | | | $    (80,000.00) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/11/2023 | Day One Distr. Checking | AMEX EPAYMENT  0005000040ACH PMT  CCDCOP000005550291ZERO DAY NUTRITION   REF # 023223002174847 | | | | $    (47,987.05) |
| 8/8/2023 | Day One Distr. Checking | AMEX EPAYMENT  0005000040ACH PMT  CCDCOP000005545329ZERO DAY NUTRITION   REF # 023220008956518 | | | | $    (52,673.73) |
| 8/8/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000003619 | | | | $  (200,000.00) |
| 8/1/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000001625 | | | | $  (200,000.00) |
| 7/24/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000005727 | | | | $    (70,000.00) |
| 7/21/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000003971 | | | | $    (60,000.00) |
| 7/14/2023 | Day One Distr. Checking | AMEX EPAYMENT  0005000040ACH PMT  CCDCOP000005522667ZERO DAY NUTRITION   REF # 023194007433196 | | | | $    (47,679.38) |
| 7/13/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000009494 | | | | $  (220,000.00) |
| 6/20/2023 | Day One Distr. Checking | AMEX EPAYMENT  0005000040ACH PMT  CCDCOP000005499402ZERO DAY NUTRITION   REF # 023171005161881 | | | | $    (77,352.42) |
| 5/31/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000005860 | | | | $  (195,000.00) |
| 5/25/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000003200 | | | | $    (15,000.00) |
| 5/25/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000001509 | | | | $    (19,000.00) |
| 5/24/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000004690 522 | | | $  42,000.00 | |
| 5/23/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000004690 | | | | $    (42,000.00) |
| 5/22/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000004690 | | | | $    (42,000.00) |
| 5/19/2023 | Day One Distr. Checking | AMEX EPAYMENT  0005000040ACH PMT  CCDCOP000005471940ZERO DAY NUTRITION   REF # 023139009942134 | | | | $    (19,108.53) |
| 5/19/2023 | Day One Distr. Checking | ONLINE XFER FROM DDA ZERO DAY NUT    ID: 000008104 | | | $    4,000.00 | |
| 4/27/2023 | Day One Distr. Checking | ONLINE XFER FROM DDA ZERO DAY NUT    ID: 000009634 | | | $ 126,000.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/19/2023 | Day One Distr. Checking | AMEX EPAYMENT  0005000040ACH PMT  CCDCOP000005443423ZERO DAY NUTRITION   REF # 023109002980288 | | | | $ | (54,952.02) |
| 4/18/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000008091 | | | | $ | (170,000.00) |
| 4/7/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000007107 | | | | $ | (50,000.00) |
| 3/24/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000001156 | | | | $ | (20,000.00) |
| 3/16/2023 | Day One Distr. Checking | ONLINE XFER TO DDA ZERO DAY NUT ID: 000000468 | | | | $ | (200,000.00) |
| 3/15/2023 | Day One Distr. Checking | AMEX EPAYMENT  0005000040ACH PMT  CCDCOP000005412058ZERO DAY NUTRITION   REF # 023074003303841 | | | | $ | (64,579.41) |

**DAY ONE DISTRIBUTION TO GREAT ZOOM**

| Type | Num | Date | Amount |
|------|-----|------|--------|
| Bill Pmt -Check | ACH | 2/12/2024 | $ 3,000.00 |
| Bill Pmt -Check | ACH | 2/2/2024 | $ 5,000.00 |
| Bill Pmt -Check | ACH | 1/29/2024 | $ 3,000.00 |
| Bill Pmt -Check | ACH | 1/29/2024 | $ 2,000.00 |
| Bill Pmt -Check | ACH | 1/5/2024 | $ 5,000.00 |
| Bill Pmt -Check | ACH | 8/16/2023 | $ 8,000.00 |
| Bill Pmt -Check | ACH | 7/24/2023 | $ 10,000.00 |
| | | | **$ (36,000.00)** |

Debtor    **Day One Distribution LLC**                                     Case number *(if known)*  **24-31133**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Jasmine Gamez v. Zero Day Nutrition Company, et al EDCV 22-1655 JCB** | **Class Action Complaint, 1. Violation of California Unfair Competition law, business and professions code; 2. False and misleading advertising in violation of business and professions code; 3. Violation of California consumers legal remedies act; 4. Unjust enrichment; 5. Common law fraud; 6. Intentional misrepresentation ; 7. Negligent misoresentation. This was dismissed.** | **US District Court Central District of California** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Live Well Foundation** | **Donation** | **9/14/22** | **$5,000.00** |
| Recipients relationship to debtor<br>**None** | | | |
| 9.2. **The Brenda & John H. Guncan Rise School** | **Donation** | **2/1/23** | **$5,000.00** |
| Recipients relationship to debtor<br>**None** | | | |

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor  **Day One Distribution LLC**                                    Case number *(if known)*  **24-31133**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 2/12/24 - $10,000 (from Zero Day Nutrition) 3/11/24 - $15.000 (from Day One Distribution) 3/12/24 - $15,000 (from Zero Day Nutrition) 3/12/24 - $13,476 (from Day One Distribution) | |
| | **Haselden Farrow PLLC 700 Milam Suite 1300 Houston, TX 77002** | **Debtors collectively paid $50,000.00, plus $3,476.00 for filing fees, to HF prior to bankruptcy filing on dates listed below. On March 12, 2024, HF applied $25,530.00, plus $3,476.00, to prepetition invoices and expenses, including filing fees, leaving a post petition retainer of $24,470.00 for these jointly administered cases.** | | **$53,476.00** |

Email or website address
**www.HaseldenFarrow.com**

Who made the payment, if not debtor?
**Debtor and Zero Day Nutrition (co-debtor)**

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

Debtor   **Day One Distribution LLC**                                   Case number *(if known)*  **24-31133**

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Billing details for bank and credit card information, shipping address details. Stored in shipping application and QuickBooks.**

    Does the debtor have a privacy policy about that information?
    ■ No
    ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor   **Day One Distribution LLC**    Case number *(if known)*  **24-31133**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **6**

Debtor  **Day One Distribution LLC**                                     Case number *(if known)*  **24-31133**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

**26. Books, records, and financial statements**
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Amy Maher**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | **10/20 - present** |
| 26a.2. | **Hanan Soliman**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | **08/2022 - 01/2024** |
| 26a.3. | **Annette Hoover**<br>**12502 Exchange Dr # 448**<br>**Stafford, TX 77477** | **02/2023 - 03/2024** |
| 26a.4. | **Abbie Eiley**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | **06/2022 - 10/2022** |
| 26a.5. | **Esther Trevino**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | **10/2022 - 05/2023** |
| 26a.6. | **Chadwick Rood**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | **10/2020 - 06/2022** |

  26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

  ☐ None

Debtor   **Day One Distribution LLC**                                          Case number *(if known)* **24-31133**

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Melton & Melton LLP** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Melton & Melton LLP** | |
| 26c.2.   **Stewart Nixon** <br> **12502 Exchange Dr. #448** <br> **Stafford, TX 77477** | |
| 26c.3.   **Michael Bischoff** <br> **12502 Exchange Dr #448** <br> **Stafford, TX 77477** | |
| 26c.4.   **Amy Maher** <br> **12502 Exchange Dr #448** <br> **Stafford, TX 77477** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Ampla LLC** |
| 26d.2.   **Ouiby Inc. dba Kickfurther** |
| 26d.3.   **Melton & Melton LLP** |
| 26d.4.   **3PCG Inc.** <br> **1019 Avenue P** <br> **Suite 401** <br> **Brooklyn, NY 11223** |
| 26d.5.   **Cash Fund** <br> **110 16th Street** <br> **Suite 901** <br> **Denver, CO 80202** |
| 26d.6.   **SBA** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Debtor   **Day One Distribution LLC**                                          Case number *(if known)*   **24-31133**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Zero Day Nutrition Company** | **12502 Exchange Drive Suite 448 Stafford, TX 77477** | **General partner** | **91** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Samuel Strange** | **12502 Exchange Dr. Suite 448 Stafford, TX 77477** | **President of Great Zoom, LLC** | **9** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Sam Strange** | **1111 E Sunrise Blvd #407 Fort Lauderdale, FL 33304** | | **09/01/19 - 07/20/23** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **SEE EXHIBIT "SOFA #4"** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Day One Distribution LLC**                                    Case number *(if known)*   **24-31133**

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 22, 2024**

_____          **Michael Bischoff**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **CEO of Zero Day Nutrition Company,**
                                     **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes