| Fill in this information to identify the case: |
|---|

Debtor name  **Zero Day Nutrition Company f/k/a GB Nutrition Company**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **24-31134**

☑ Check if this is an amended filing

## Official Form 207   <span style="color:red">AMENDED</span>
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | $530,980.37 |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other _____ | $5,726,781.63 |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other _____ | $11,364,022.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Zero Day Nutrition Company f/k/a GB Nutrition Company**          Case number *(if known)*   **24-31134**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See attached Exhibit "SOFA PART 2 #3"** | | **$0.00** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See attached Exhibit "SOFA #4"** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Ampla LLC** | **Joint bank account where Ampla LLC took a percentage of money before the transaction had cleared.**<br>Last 4 digits of account number: _____ | | **$0.00** |

---

**Part 3:**    Legal Actions or Assignments

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **A&A Pharmachem Inc., USA v. Zero Day Nutrition Company dba Glaxon and Michael Lynn Bischoff 2023-81438** | **Sworn Account** | **Harris County District Court 165th Judicial District PO Box 4651 Houston, TX 77210-4651** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Vendor | Date | Account | Amount |
|---|---|---|---|
| ADP | 4/5/2024 | 10110 · Amegy Bank - Operating *2655 | $ 75.83 |
| ADP | 3/29/2024 | 10110 · Amegy Bank - Operating *2655 | $ 165.26 |
| ADP | 3/29/2024 | 10110 · Amegy Bank - Operating *2655 | $ 74.20 |
| ADP | 3/22/2024 | 10110 · Amegy Bank - Operating *2655 | $ 152.34 |
| ADP | 3/8/2024 | 10110 · Amegy Bank - Operating *2655 | $ 89.35 |
| ADP | 3/6/2024 | 10110 · Amegy Bank - Operating *2655 | $ 23,702.38 |
| ADP | 3/1/2024 | 10110 · Amegy Bank - Operating *2655 | $ 87.95 |
| ADP | 2/23/2024 | 10110 · Amegy Bank - Operating *2655 | $ 165.26 |
| ADP | 2/23/2024 | 10110 · Amegy Bank - Operating *2655 | $ 89.91 |
| ADP | 2/16/2024 | 10110 · Amegy Bank - Operating *2655 | $ 87.95 |
| ADP | 2/9/2024 | 10110 · Amegy Bank - Operating *2655 | $ 97.21 |
| ADP | 2/2/2024 | 10110 · Amegy Bank - Operating *2655 | $ 89.91 |
| ADP | 1/31/2024 | 10110 · Amegy Bank - Operating *2655 | $ 394.56 |
| ADP | 1/26/2024 | 10110 · Amegy Bank - Operating *2655 | $ 165.26 |
| ADP | 1/26/2024 | 10110 · Amegy Bank - Operating *2655 | $ 87.95 |
| ADP | 1/19/2024 | 10110 · Amegy Bank - Operating *2655 | $ 89.91 |
| ADP | 1/12/2024 | 10110 · Amegy Bank - Operating *2655 | $ 95.24 |
| ADP | 1/5/2024 | 10110 · Amegy Bank - Operating *2655 | $ 87.95 |
| ADP | 12/29/2023 | 10110 · Amegy Bank - Operating *2655 | $ 91.88 |
| ADP | 12/29/2023 | 10110 · Amegy Bank - Operating *2655 | $ 165.26 |
| ADP | 12/22/2023 | 10110 · Amegy Bank - Operating *2655 | $ 87.95 |
| ADP | 12/18/2023 | 10110 · Amegy Bank - Operating *2655 | $ 89.91 |
| American Express | 12/28/2023 | 21110 · AMEX CORP -T ZENNER - 61028 | $ 570.05 |
| American Express | 1/28/2024 | 21110 · AMEX CORP -T ZENNER - 61028 | $ 588.68 |
| American Express | 1/28/2024 | 21110 · AMEX CORP -T ZENNER - 61028 | $ 25.00 |
| American Express | 1/10/2024 | Bill Pmt -Check | $ 22,027.91 |
| American Express Platinum (Auto) | 12/26/2023 | 21310 · AMEX Plat 7008 | $ 183.72 |
| American Express Platinum (Auto) | 1/23/2024 | 21310 · AMEX Plat 7008 | $ (1,500.00) |
| American Express Platinum (Auto) | 1/26/2024 | 21310 · AMEX Plat 7008 | $ 211.35 |
| American Express Platinum (Auto) | 1/23/2024 | Bill Pmt -Check | $ - |
| American Express Platinum (Auto) | 1/22/2024 | Bill Pmt -Check | $ 8,523.00 |
| American Express Platinum (Auto) | 1/16/2024 | Bill Pmt -Check | $ 5,000.00 |

| | | | |
|---|---|---|---|
| American Express Platinum (Auto) | 1/5/2024 | Bill Pmt -Check | $ 10,000.00 |
| American Express Platinum (Auto) | 12/26/2023 | Bill Pmt -Check | $ 5,000.00 |
| American Express Platinum (Auto) | 12/21/2023 | Bill Pmt -Check | $ - |
| American Express Platinum (Auto) | 12/21/2023 | Bill Pmt -Check | $ 8,523.00 |
| Berlin Packaging LLC | 2/9/2024 | Bill Pmt -Check | $ 4,033.40 |
| Berlin Packaging LLC | 2/9/2024 | Bill Pmt -Check | $ - |
| Berlin Packaging LLC | 2/5/2024 | Bill Pmt -Check | $ 4,510.13 |
| Chase Card Services (Auto) | 1/4/2024 | 21200 · Chase United Visa | $ 758.40 |
| Chase Card Services (Auto) | 2/5/2024 | 21200 · Chase United Visa | $ 762.66 |
| Chase Card Services (Auto) | 1/22/2024 | Bill Pmt -Check | $ 5,000.00 |
| Chase Card Services (Auto) | 1/16/2024 | Bill Pmt -Check | $ 1,252.16 |
| Chase Card Services (Auto) | 1/16/2024 | Bill Pmt -Check | $ 2,500.00 |
| Chase Card Services (Auto) | 1/3/2024 | Bill Pmt -Check | $ 1,224.16 |
| CP Oakley, LP (Bill Pay) | 4/3/2024 | 10110 · Amegy Bank - Operating *2655 | $ 43,300.00 |
| CP Oakley, LP (Bill Pay) | 1/2/2024 | Bill Pmt -Check | $ 40,098.00 |
| Haselden Farr PLLC | 3/12/2024 | 10110 · Amegy Bank - Operating *2655 | $ 15,000.00 |
| Haselden Farr PLLC | 2/12/2024 | 10110 · Amegy Bank - Operating *2655 | $ 10,000.00 |
| Kickfurther | 12/21/2023 | 21310 · AMEX Plat 7008 | $ 4,000.00 |
| Kickfurther | 1/19/2024 | 21310 · AMEX Plat 7008 | $ 4,000.00 |
| LG Funding LLC | 1/4/2024 | 10110 · Amegy Bank - Operating *2655 | $ 10,000.00 |
| LG Funding LLC | 12/18/2023 | 10110 · Amegy Bank - Operating *2655 | $ 10,768.00 |
| LG Funding LLC | 12/18/2023 | 10110 · Amegy Bank - Operating *2655 | $ 8,438.00 |
| Stearns Bank (Auto) | 2/21/2024 | Bill Pmt -Check | $ 3,588.19 |
| Stearns Bank (Auto) | 1/22/2024 | Bill Pmt -Check | $ 3,588.19 |
| Stearns Bank (Auto) | 12/21/2023 | Bill Pmt -Check | $ 3,588.19 |
| Texas Gulf Bank (Bill Pay) | 2/5/2024 | Bill Pmt -Check | $ 19,328.06 |
| Texas Gulf Bank (Bill Pay) | 1/2/2024 | Bill Pmt -Check | $ 19,328.06 |
| Worldwide Express (8605) | 1/6/2024 | 21310 · AMEX Plat 7008 | $ 7,891.66 |

# INSIDER PAYMENTS

**DAY ONE DISTRIBUTION PAYMENTS TO ZERO DAY**

| Customer | Num | Date | Pay Meth | Amount |
|----------|---------|-----------------|------|-----------------|
| DOD | | 3/17/2023 | Wire | $ 200,000.00 |
| DOD | Deposit | 3/27/2023 | Wire | $ 20,000.00 |
| DOD | Deposit | 4/7/2023 | Wire | $ 50,000.00 |
| DOD | Deposit | 4/19/2023 | Wire | $ 170,000.00 |
| DOD | | 5/22/2023 | Wire | $ 42,000.00 |
| DOD | | 5/23/2023 | Wire | $ 42,000.00 |
| DOD | | 5/26/2023 | Wire | $ 15,000.00 |
| DOD | | 5/26/2023 | Wire | $ 19,000.00 |
| DOD | | 5/31/2023 | Wire | $ 195,000.00 |
| DOD | | 7/13/2023 | Wire | $ 220,000.00 |
| DOD | | 7/21/2023 | Wire | $ 60,000.00 |
| DOD | | 7/24/2023 | Wire | $ 70,000.00 |
| DOD | | 8/2/2023 | Wire | $ 200,000.00 |
| DOD | | 8/7/2023 | Wire | $ 200,000.00 |
| DOD | | 8/15/2023 | Wire | $ 80,000.00 |
| DOD | | 8/16/2023 | Wire | $ 50,000.00 |
| DOD | | 9/18/2023 | Wire | $ 150,000.00 |
| DOD | | 10/3/2023 | Wire | $ 20,000.00 |
| DOD | | 10/3/2023 | Wire | $ 100,000.00 |
| DOD | | 10/18/2023 | Wire | $ 50,000.00 |
| DOD | | 10/24/2023 | Wire | $ 20,000.00 |
| DOD | | 10/30/2023 | Wire | $ 15,000.00 |
| DOD | | 10/30/2023 | Wire | $ 50,000.00 |
| DOD | | 11/7/2023 | Wire | $ 20,000.00 |
| DOD | | 11/7/2023 | Wire | $ 55,000.00 |
| DOD | | 11/10/2023 | Wire | $ 10,000.00 |
| DOD | | 11/13/2023 | Wire | $ 100.00 |
| DOD | | 11/13/2023 | Wire | $ 1,000.00 |
| DOD | | 11/28/2023 | Wire | $ 5,000.00 |
| DOD | | 12/11/2023 | Wire | $ 5,000.00 |
| DOD | | 12/20/2023 | Wire | $ 30,200.00 |
| DOD | | 1/4/2024 | Wire | $ 4,000.00 |
| DOD | | 1/12/2024 | Wire | $ 10,000.00 |
| DOD | | 1/19/2024 | Wire | $ 10,000.00 |
| DOD | | 2/9/2024 | Wire | $ 5,000.00 |
| DOD | | 2/9/2024 | Wire | $ 20,000.00 |
| DOD | | 2/22/2024 | Wire | $ 2,000.00 |
| DOD | | 3/8/2024 | Wire | $ 750.00 |
| DOD | | 3/15/2024 | Wire | $ 400.00 |
| DOD | | 3/21/2024 | Wire | $ 3,000.00 |

**ZERO DAY TRANSFERS TO DAY ONE DISTRIBUTION**

| Name | Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|
| DOD | | | | | | | | | |
| | Deposit | 3/16/2023 | | DOD | Deposit Payee:Online Xfer from DDA Day One Dis | X | 10900 - Undeposited Funds | $ 200,000.00 | |
| | Deposit | 3/27/2023 | | DOD | Deposit | X | 10900 - Undeposited Funds | $ 20,000.00 | |
| | Deposit | 4/7/2023 | | DOD | Deposit Payee:Online Xfer from DDA Day One Dis | X | 10900 - Undeposited Funds | $ 50,000.00 | |
| | Deposit | 4/19/2023 | | DOD | Deposit Payee:Online Xfer from DDA Day One Dis | X | 10900 - Undeposited Funds | $ 170,000.00 | |

Case 24-31133   Document 82   Filed in TXSB on 04/22/24   Page 32 of 64

| Type | Date | | Description | DOD | Account | X | Amount | Amount |
|---|---|---|---|---|---|---|---|---|
| Check | 4/27/2023 | Wire | Transfer funder to DOD per Hanan | DOD | 13100 · InterCompany Receivable - DOD | X | | $ 126,000.00 |
| Check | 5/19/2023 | Wire | Transfer funder to DOD per Hanan | DOD | 13100 · InterCompany Receivable - DOD | X | | $ 4,000.00 |
| Deposit | 5/22/2023 | | Deposit Payee:Online Xfer from DDA Day One Dis | DOD | 10900 · Undeposited Funds | X | $ 42,000.00 | |
| Deposit | 5/23/2023 | | Deposit Payee:Online Xfer from DDA Day One Dis | DOD | 10900 · Undeposited Funds | X | $ 42,000.00 | |
| Check | 5/24/2023 | Wire | Transfer funder to DOD per Hanan | DOD | 13100 · InterCompany Receivable - DOD | X | | $ 42,000.00 |
| Deposit | 5/24/2023 | | Deposit Payee:Online Xfer from DDA Day One Dis | DOD | 10900 · Undeposited Funds | X | $ 15,000.00 | |
| Deposit | 5/24/2023 | | Deposit Payee:Online Xfer from DDA Day One Dis | DOD | 10900 · Undeposited Funds | X | $ 19,000.00 | |
| Deposit | 5/31/2023 | | Deposit Payee:Online Xfer from DDA Day One Dis | DOD | 10900 · Undeposited Funds | X | $ 195,000.00 | |
| Deposit | 7/13/2023 | | Deposit | DOD | 10900 · Undeposited Funds | X | $ 220,000.00 | |
| Deposit | 7/21/2023 | | Deposit | DOD | 10900 · Undeposited Funds | X | $ 60,000.00 | |
| Deposit | 7/24/2023 | | Deposit | DOD | 10900 · Undeposited Funds | X | $ 70,000.00 | |
| Deposit | 8/1/2023 | | Deposit Payee:Online Xfer from DDA Day One Dis | DOD | 10900 · Undeposited Funds | X | $ 200,000.00 | |
| Deposit | 8/8/2023 | | Deposit Payee:Online Xfer from DDA Day One Dis | DOD | 10900 · Undeposited Funds | X | $ 200,000.00 | |
| Deposit | 8/15/2023 | | Deposit Payee:Online Xfer from DDA Day One Dis | DOD | 10900 · Undeposited Funds | X | $ 80,000.00 | |
| Deposit | 8/16/2023 | | Deposit | DOD | 10900 · Undeposited Funds | X | $ 50,000.00 | |
| Deposit | 9/15/2023 | | Deposit Payee:Online Xfer from DDA Day One Dis | DOD | 10900 · Undeposited Funds | X | $ 150,000.00 | |
| Deposit | 10/3/2023 | | Deposit Payee:Online Xfer from DDA Day One Dis | DOD | 10900 · Undeposited Funds | X | $ 20,000.00 | |
| Deposit | 10/3/2023 | | Deposit Payee:Online Xfer from DDA Day One Dis | DOD | 10900 · Undeposited Funds | X | $ 100,000.00 | |
| Deposit | 10/18/2023 | | Deposit Payee:Online Xfer from DDA Day One Dis | DOD | 10900 · Undeposited Funds | X | $ 50,000.00 | |
| Deposit | 10/23/2023 | | Deposit Payee:Online Xfer from DDA Day One Dis | DOD | 10900 · Undeposited Funds | X | $ 20,000.00 | |
| Deposit | 10/27/2023 | | Deposit | DOD | 10900 · Undeposited Funds | X | $ 15,000.00 | |
| Deposit | 10/30/2023 | | Deposit | DOD | 10900 · Undeposited Funds | X | $ 50,000.00 | |

| Type | Date | | Memo | | Account | Amount | |
|---|---|---|---|---|---|---|---|
| Deposit | 11/7/2023 | DOD | Deposit Payee:Online Xfer from DDA Day One Dis | X | 10900 · Undeposited Funds | $ 20,000.00 | |
| Deposit | 11/7/2023 | DOD | Deposit Payee:Online Xfer from DDA Day One Dis | X | 10900 · Undeposited Funds | $ 55,000.00 | |
| Deposit | 11/10/2023 | DOD | Deposit Payee:Online Xfer from DDA Day One Dis | X | 10900 · Undeposited Funds | $ 10,000.00 | |
| Deposit | 11/13/2023 | DOD | Deposit Payee:Online Xfer from DDA Day One Dis | X | 10900 · Undeposited Funds | $ 100.00 | |
| Deposit | 11/13/2023 | DOD | Deposit Payee:Online Xfer from DDA Day One Dis | X | 10900 · Undeposited Funds | $ 1,000.00 | |
| Check | 11/20/2023 Wire | DOD | Transfer funder to DOD per Hanan | X | 13100 · InterCompany Receivable - DOD | | $ 9,900.00 |
| Deposit | 11/28/2023 | DOD | Deposit Payee:Online Xfer from DDA Day One Dis | X | 10900 · Undeposited Funds | $ 5,000.00 | |
| Deposit | 12/11/2023 | DOD | Deposit Payee:Online Xfer from DDA Day One Dis | X | 10900 · Undeposited Funds | $ 5,000.00 | |
| Deposit | 12/21/2023 | DOD | Deposit Payee:Online Xfer from DDA Day One Dis | X | 10900 · Undeposited Funds | $ 30,200.00 | |
| Check | 12/26/2023 Wire | DOD | Transfer funder to DOD | X | 13100 · InterCompany Receivable - DOD | | $ 7,000.00 |
| Check | 12/29/2023 Wire | DOD | Transfer funder to DOD | X | 13100 · InterCompany Receivable - DOD | | $ 7,600.00 |
| Deposit | 1/4/2024 | DOD | Deposit | X | 10900 · Undeposited Funds | $ 4,000.00 | |
| Deposit | 1/11/2024 | DOD | Deposit Payee:Online Xfer from DDA Day One Dis | X | 10900 · Undeposited Funds | $ 10,000.00 | |
| Deposit | 1/19/2024 | DOD | Deposit Payee:Online Xfer from DDA Day One Dis | X | 10900 · Undeposited Funds | $ 10,000.00 | |
| Check | 1/26/2024 Wire | DOD | Transfer funder to DOD | X | 13100 · InterCompany Receivable - DOD | | $ 2,000.00 |
| Deposit | 2/9/2024 | DOD | Deposit Payee:Online Xfer from DDA Day One Dis | X | 10900 · Undeposited Funds | $ 5,000.00 | |
| Deposit | 2/9/2024 | DOD | Deposit Payee:Online Xfer from DDA Day One Dis | X | 10900 · Undeposited Funds | $ 20,000.00 | |
| Check | 2/15/2024 Wire | DOD | Transfer funder to DOD | X | 13100 · InterCompany Receivable - DOD | | $ 4,000.00 |
| Deposit | 2/22/2024 | DOD | Deposit Payee:Online Xfer from DDA Day One Dis | X | 10900 · Undeposited Funds | $ 2,000.00 | |
| Check | 3/5/2024 Wire | DOD | Transfer funder to DOD | X | 13100 · InterCompany Receivable - DOD | | $ 9,950.00 |
| Deposit | 3/8/2024 | DOD | Deposit Payee:Online Xfer from DDA Day One Dis | X | 10900 · Undeposited Funds | $ 750.00 | |
| Check | 3/8/2024 Wire | DOD | Transfer funder to DOD | X | 13100 · InterCompany Receivable - DOD | | $ 6,500.00 |

| | | | | | | 13100 · InterCompany Receivable - DOD | $ | 4,000.00 |
|---|---|---|---|---|---|---|---|---|
| Check | 3/12/2024 | Wire | DOD | Transfer funder to DOD | X | 13100 · InterCompany Receivable - DOD | $ | 2,000.00 |
| Check | 3/13/2024 | Wire | DOD | Transfer funder to DOD | X | 13100 · InterCompany Receivable - DOD | $ | 1,500.00 |
| Check | 3/13/2024 | Wire | DOD | Transfer funder to DOD | X | 13100 · InterCompany Receivable - DOD | $ | 1,000.00 |
| Check | 3/14/2024 | Wire | DOD | Transfer funder to DOD | X | 13100 · InterCompany Receivable - DOD | $ | 3,500.00 |
| Check | 3/14/2024 | Wire | DOD | Transfer funder to DOD | X | 13100 · InterCompany Receivable - DOD | $ | 360.00 |
| Check | 3/14/2024 | Wire | DOD | Transfer funder to DOD | | | | |

**SHAREHOLDER SOLUTIONS LOAN TO ZERO DAY**

| Date | Num | Name | Memo | Account | Amount |
|---|---|---|---|---|---|
| | | Shareholder Solutions LLC | Shareholder ST Loan to facilitate Cash Flow | 10110 · Amegy Bank - Operating *2655 | |
| 10/5/2023 | 10052023 | LLC | | | $ 40,000.00 |
| 10/24/2023 | 10242023 | Shareholder Solutions LLC | Shareholder ST Loan to facilitate Cash Flow | 10110 · Amegy Bank - Operating *2655 | $ 20,000.00 |
| 10/30/2023 | 10302023 | Shareholder Solutions LLC | Shareholder ST Loan to facilitate Cash Flow | 10110 · Amegy Bank - Operating *2655 | $ 6,500.00 |
| 11/10/2023 | 11102023 SH | Shareholder Solutions LLC | Shareholder ST Loan to facilitate Cash Flow | 10110 · Amegy Bank - Operating *2655 | $ 5,000.00 |
| 11/13/2023 | 11132023 SH | Shareholder Solutions LLC | Shareholder ST Loan to facilitate Cash Flow | 10110 · Amegy Bank - Operating *2655 | $ 1,000.00 |
| 11/13/2023 | 111312SH | Shareholder Solutions LLC | Shareholder ST Loan to facilitate Cash Flow | 10110 · Amegy Bank - Operating *2655 | $ 1,000.00 |
| 11/27/2023 | 11272023 SH | Shareholder Solutions LLC | Shareholder ST Loan to facilitate Cash Flow | 10110 · Amegy Bank - Operating *2655 | $ 16,000.00 |
| 1/4/2024 | 12082023 SH | Shareholder Solutions LLC | Shareholder ST Loan to facilitate Cash Flow | 10110 · Amegy Bank - Operating *2655 | $ 3,000.00 |

MICHAEL BISCHOFF LOAN TO ZERO DAY

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | 11/10/2023 MB | Michael Bischoff | Michael Bischoff ST Loan to facilitate Cash Flow | | 10110 - Amegy Bank - Operating *2655 | | | $ 16,000.00 | |
| | 11/28/2023 MB | Michael Bischoff | Michael Bischoff ST Loan to facilitate Cash Flow | | 10110 - Amegy Bank - Operating *2655 | | | $ 50,000.00 | |
| | 12/5/2023 MB | Michael Bischoff | Shareholder ST Loan to facilitate Cash Flow | | 10110 - Amegy Bank - Operating *2655 | | | $ 49,000.00 | |
| | 12/7/2023 MB | Michael Bischoff | Shareholder ST Loan to facilitate Cash Flow | | 10110 - Amegy Bank - Operating *2655 | | | $ 30,000.00 | |
| | 12/11/2023 MB | Michael Bischoff | Shareholder ST Loan to facilitate Cash Flow | | 10110 - Amegy Bank - Operating *2655 | | | $ 35,000.00 | |
| | 12/21/2023 MB | Michael Bischoff | Online Xder to DDA Shareholder | | 10110 - Amegy Bank - Operating *2655 | | $ 6,000.00 | | |
| | 12/21/2023 MB | Michael Bischoff | Online Xder to DDA Shareholder | | 10110 - Amegy Bank - Operating *2655 | | $ 5,000.00 | | |
| | 12/26/2023 MB | Michael Bischoff | Shareholder ST Loan to facilitate Cash Flow | | 10110 - Amegy Bank - Operating *2655 | | $ 7,000.00 | | |
| | 1/4/2024 MB | Michael Bischoff | Online Xder to DDA Shareholder | | 10110 - Amegy Bank - Operating *2655 | | | $ 3,700.00 | |
| | 1/8/2024 MB | Michael Bischoff | Online Xder to DDA Shareholder | | 10110 - Amegy Bank - Operating *2655 | | $ 5,000.00 | | |

| Date / Num | Name | Memo/Description | Account | Amount | Amount |
|---|---|---|---|---|---|
| 1/9/2024 MB 01092024 | Michael Bischoff | Online Xfer to DDA Shareholder | 10110 - Amegy Bank - Operating *2655 | $ 3,500.00 | |
| 2/7/2024 MB 02072024 | Michael Bischoff | Online Xfer to DDA Shareholder | 10110 - Amegy Bank - Operating *2655 | $ 1,500.00 | |
| 2/9/2024 MB 02092024 | Michael Bischoff | Online Xfer to DDA Shareholder | 10110 - Amegy Bank - Operating *2655 | $ 5,000.00 | |
| 2/12/2024 MB 02122024 | Michael Bischoff | Online Xfer to DDA Shareholder | 10110 - Amegy Bank - Operating *2655 | $ 5,000.00 | |
| 2/13/2024 MB 02132024 | Michael Bischoff | Online Xfer to DDA Shareholder | 10110 - Amegy Bank - Operating *2655 | $ 4,000.00 | |
| 2/15/2024 MB | Michael Bischoff | Online Xfer from DDA Bischoff Jr Id: 000004 | 10110 - Amegy Bank - Operating *2655 | | $ 2,500.00 |
| 2/15/2024 MB 02152024 | Michael Bischoff | Online Xfer to DDA Shareholder | 10110 - Amegy Bank - Operating *2655 | $ 2,500.00 | |
| 2/29/2024 MB 02292024 | Michael Bischoff | Shareholder ST Loan to facilitate Cash Flow | 10110 - Amegy Bank - Operating *2655 | $ 5,000.00 | |
| 2/29/2024 MB 02292024 | Michael Bischoff | Shareholder ST Loan to facilitate Cash Flow | 10110 - Amegy Bank - Operating *2655 | $ 6,500.00 | |
| 3/7/2024 MB 03072024 | Michael Bischoff | Shareholder ST Loan to facilitate Cash Flow | 10110 - Amegy Bank - Operating *2655 | $ 2,000.00 | |
| 3/7/2024 MB 03072024 | Michael Bischoff | Shareholder ST Loan to facilitate Cash Flow | 10110 - Amegy Bank - Operating *2655 | $ 7,000.00 | |

| Date | | Name | Memo | Account | | Amount |
|---|---|---|---|---|---|---|
| 3/8/2024 | 03082024 MB | Michael Bischoff | Shareholder ST Loan to facilitate Cash Flow | | 10110 - Amegy Bank - Operating *2655 | $ 4,000.00 |
| 3/13/2024 | 03132024 MB | Michael Bischoff | Shareholder ST Loan to facilitate Cash Flow | | 10110 - Amegy Bank - Operating *2655 | $ 20,000.00 |
| 3/14/2024 | 03142024 MB | Michael Bischoff | Shareholder ST Loan to facilitate Cash Flow | | 10110 - Amegy Bank - Operating *2655 | $ 2,000.00 |
| 3/14/2024 | 03142024 MB | Michael Bischoff | Shareholder ST Loan to facilitate Cash Flow | | 10110 - Amegy Bank - Operating *2655 | $ 400.00 |
| 3/14/2024 | 03142024 MB | Michael Bischoff | Shareholder ST Loan to facilitate Cash Flow | | 10110 - Amegy Bank - Operating *2655 | $ 1,000.00 |

# ZERO DAY PAYROLL TO SHAREHOLDER SOLUTIONS

| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No | Employer Liability | Total Expense |
|---|---|---|---|---|---|---|---|---|---|





| 11/10/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 11/3/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 10/27/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 10/20/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 10/13/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 10/6/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 9/29/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 9/22/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 9/15/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 9/8/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 9/1/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 8/25/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 8/18/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |

| 8/11/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 8/4/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 7/28/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 7/21/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 7/14/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 7/7/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 6/30/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 6/23/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 6/16/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 6/9/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 6/2/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 5/26/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 5/19/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 5/12/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 5/5/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 4/28/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 4/21/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 4/14/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 4/7/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 3/31/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 3/24/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |
| 3/17/2023 | Shareholder Solutions LLC | 0 | 5,192.30 | 0 | 0 | 5,192.30 | DD |

| 3/1/2024 | Shareholder Solutions LLC | 2,596.1 | 0 | 0 | 2,596.1 | DD |
| 2/23/2024 | Shareholder Solutions LLC | 2,596.1 | 0 | 0 | 2,596.1 | DD |
| 2/16/2024 | Shareholder Solutions LLC | 2,596.1 | 0 | 0 | 2,596.1 | DD |
| 2/9/2024 | Shareholder Solutions LLC | 2,596.1 | 0 | 0 | 2,596.1 | DD |
| 2/2/2024 | Shareholder Solutions LLC | 2,596.1 | 0 | 0 | 2,596.1 | DD |

**ZERO DAY PAYROLL TO MIKE BISCHOFF SR.**

| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No | Employer Liability | Total Expense |
|---|---|---|---|---|---|---|---|---|---|
| 12/29/2023 | Bischoff Sr, Mike | 0 | 800 | 121.01 | 0 | 678.99 | DD | | |
| 12/22/2023 | Bischoff Sr, Mike | 0 | 800 | 121.01 | 0 | 678.99 | DD | | |
| 12/15/2023 | Bischoff Sr, Mike | 0 | 800 | 121.01 | 0 | 678.99 | DD | | |
| 12/8/2023 | Bischoff Sr, Mike | 0 | 800 | 121.01 | 0 | 678.99 | DD | 4 | |
| 12/1/2023 | Bischoff Sr, Mike | 0 | 800 | 121.01 | 0 | 678.99 | DD | 4 | |
| 11/24/2023 | Bischoff Sr, Mike | 0 | 800 | 121.01 | 0 | 678.99 | DD | 2 | |
| 11/17/2023 | Bischoff Sr, Mike | 0 | 800 | 121.01 | 0 | 678.99 | DD | 4 | |
| 11/10/2023 | Bischoff Sr, Mike | 0 | 800 | 121.01 | 0 | 678.99 | DD | 4 | |
| 11/3/2023 | Bischoff Sr, Mike | 0 | 800 | 121.01 | 0 | 678.99 | DD | 4 | |
| 10/27/2023 | Bischoff Sr, Mike | 0 | 800 | 121.01 | 0 | 678.99 | DD | 4 | |
| 10/20/2023 | Bischoff Sr, Mike | 0 | 800 | 121.01 | 0 | 678.99 | DD | 4 | |
| 10/13/2023 | Bischoff Sr, Mike | 0 | 800 | 121.01 | 0 | 678.99 | DD | 4 | |
| 10/6/2023 | Bischoff Sr, Mike | 0 | 1,920.00 | 420.44 | 0 | 1,499.56 | DD | 4 | |
| 3/1/2024 | Bischoff Sr, Mike | 0 | 800 | 119.05 | 0 | 680.95 | DD | | |
| 2/23/2024 | Bischoff Sr, Mike | 0 | 800 | 119.05 | 0 | 680.95 | DD | | |
| 2/16/2024 | Bischoff Sr, Mike | 0 | 800 | 119.05 | 0 | 680.95 | DD | | |
| 2/9/2024 | Bischoff Sr, Mike | 0 | 800 | 119.05 | 0 | 680.95 | DD | | |
| 2/2/2024 | Bischoff Sr, Mike | 0 | 800 | 119.05 | 0 | 680.95 | DD | | |
| 1/26/2024 | Bischoff Sr, Mike | 0 | 800 | 119.05 | 0 | 680.95 | DD | | |
| 1/19/2024 | Bischoff Sr, Mike | 0 | 800 | 119.05 | 0 | 680.95 | DD | 4 | |
| 1/12/2024 | Bischoff Sr, Mike | 0 | 800 | 119.05 | 0 | 680.95 | DD | 4 | |
| 1/5/2024 | Bischoff Sr, Mike | 0 | 800 | 119.05 | 0 | 680.95 | DD | 4 | |

**ZERO DAY DISTRIBUTIONS TO SHAREHOLDER SOLUTIONS**

| Type | Date | Num | Name | Memo | | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|
| Check | 12/5/2023 | | Shareholder Solutions LLC | Online Xfer to DDA Shareholder | Id: 000005 | | 10110 · Amegy Bank - Operating *2655 | $ 4,000.00 | |
| Check | 3/8/2024 | | Shareholder Solutions LLC | Online Xfer to DDA Shareholder | Id: 000005 | | 10110 · Amegy Bank - Operating *2655 | $ 2,000.00 | |
| Check | 3/11/2024 | | Shareholder Solutions LLC | Online Xfer to DDA Shareholder | Id: 000005 | | 10110 · Amegy Bank - Operating *2655 | $ 2,596.15 | |

**ZERO DAY PAYROLL TO MICHAEL BISCHOFF**



Case 24-31133   Document 82   Filed in TXSB on 04/22/24   Page 53 of 64





| Date | | | | | | |
|---|---|---|---|---|---|---|
| 11/10/2023 | DD | 1,921.15 | 0 | 386.55 | 2,307.70 | 0 | Bischoff, Michael |
| 11/3/2023 | DD | 1,921.14 | 0 | 386.56 | 2,307.70 | 0 | Bischoff, Michael |
| 10/27/2023 | DD | 1,921.14 | 0 | 386.56 | 2,307.70 | 0 | Bischoff, Michael |
| 10/20/2023 | DD | 1,921.15 | 0 | 386.56 | 2,307.70 | 0 | Bischoff, Michael |
| 10/13/2023 | DD | 1,921.13 | 0 | 386.55 | 2,307.70 | 0 | Bischoff, Michael |
| 10/6/2023 | DD | 1,921.14 | 0 | 386.57 | 2,307.70 | 0 | Bischoff, Michael |
| 9/29/2023 | DD | 1,921.14 | 0 | 386.56 | 2,307.70 | 0 | Bischoff, Michael |
| 9/22/2023 | DD | 1,921.15 | 0 | 386.56 | 2,307.70 | 0 | Bischoff, Michael |
| 9/15/2023 | DD | 1,921.14 | 0 | 386.55 | 2,307.70 | 0 | Bischoff, Michael |
| 9/8/2023 | DD | 1,921.14 | 0 | 386.56 | 2,307.70 | 0 | Bischoff, Michael |
| 9/1/2023 | DD | 1,921.13 | 0 | 386.56 | 2,307.70 | 0 | Bischoff, Michael |
| 8/25/2023 | DD | 1,921.15 | 0 | 386.57 | 2,307.70 | 0 | Bischoff, Michael |
| 8/18/2023 | DD | 1,921.14 | 0 | 386.55 | 2,307.70 | 0 | Bischoff, Michael |
| 8/11/2023 | DD | 1,921.14 | 0 | 386.56 | 2,307.70 | 0 | Bischoff, Michael |
| 8/4/2023 | DD | 1,921.14 | 0 | 386.56 | 2,307.70 | 0 | Bischoff, Michael |
| 7/28/2023 | DD | 1,921.15 | 0 | 386.56 | 2,307.70 | 0 | Bischoff, Michael |
| 7/21/2023 | DD | 1,921.13 | 0 | 386.55 | 2,307.70 | 0 | Bischoff, Michael |
| 7/14/2023 | DD | 1,921.14 | 0 | 386.57 | 2,307.70 | 0 | Bischoff, Michael |
| 7/7/2023 | DD | 1,921.15 | 0 | 386.56 | 2,307.70 | 0 | Bischoff, Michael |
| 6/30/2023 | DD | 1,921.13 | 0 | 386.55 | 2,307.70 | 0 | Bischoff, Michael |
| 6/23/2023 | DD | 1,921.14 | 0 | 386.56 | 2,307.70 | 0 | Bischoff, Michael |
| 6/16/2023 | DD | 1,921.14 | 0 | 386.56 | 2,307.70 | 0 | Bischoff, Michael |

| Date | Name | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/9/2023 | Bischoff, Michael | 0 | 2,307.70 | 386.56 | 0 | 1,921.14 | DD |
| 6/2/2023 | Bischoff, Michael | 0 | 2,307.70 | 386.56 | 0 | 1,921.14 | DD |
| 5/26/2023 | Bischoff, Michael | 0 | 2,307.70 | 386.56 | 0 | 1,921.14 | DD |
| 5/19/2023 | Bischoff, Michael | 0 | 2,307.70 | 386.56 | 0 | 1,921.14 | DD |
| 5/12/2023 | Bischoff, Michael | 0 | 2,307.70 | 386.56 | 0 | 1,921.15 | DD |
| 5/5/2023 | Bischoff, Michael | 0 | 2,307.70 | 386.55 | 0 | 1,921.14 | DD |
| 4/28/2023 | Bischoff, Michael | 0 | 2,307.70 | 386.56 | 0 | 1,921.13 | DD |
| 4/21/2023 | Bischoff, Michael | 0 | 2,307.70 | 386.57 | 0 | 1,921.14 | DD |
| 4/14/2023 | Bischoff, Michael | 0 | 2,307.70 | 386.56 | 0 | 1,921.15 | DD |
| 4/7/2023 | Bischoff, Michael | 0 | 2,307.70 | 386.55 | 0 | 1,921.14 | DD |
| 3/31/2023 | Bischoff, Michael | 0 | 2,307.70 | 386.56 | 0 | 1,921.14 | DD |
| 3/24/2023 | Bischoff, Michael | 0 | 2,307.70 | 386.56 | 0 | 1,921.14 | DD |
| 3/17/2023 | Bischoff, Michael | 0 | 2,307.70 | 386.56 | 0 | 1,930.54 | DD |
| 3/1/2024 | Bischoff, Michael | 0 | 2,307.70 | 377.16 | 0 | 1,930.53 | DD |
| 2/23/2024 | Bischoff, Michael | 0 | 2,307.70 | 377.17 | 0 | 1,930.54 | DD |
| 2/16/2024 | Bischoff, Michael | 0 | 2,307.70 | 377.16 | 0 | 1,930.55 | DD |
| 2/9/2024 | Bischoff, Michael | 0 | 2,307.70 | 377.15 | 0 | 1,930.54 | DD |
| 2/2/2024 | Bischoff, Michael | 0 | 2,307.70 | 377.16 | 0 | | DD |

Debtor   **Zero Day Nutrition Company f/k/a GB Nutrition Company**          Case number *(if known)*   **24-31134**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2.  **Jasmine Gamez v. Zero Day Nutrition Company dba Glaxon**<br>**5:22-cv-1655** | **Class Action Complaint, 1. Violation of California Unfair Competition law and other charges.**<br>**This case was dismissed.** | **U.S. District Court**<br>**Central District of California**<br>**Riverside, Courtroom 1** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3.  **American Express Travel Related Services Company, Inc. v. Zero Day Nutrition Company** | **Breach of Contract, Account Stated, Unjust Enrichment** | **Supreme Court of the State of New York**<br>**County of NewYork** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **Go Fund Me** | **Donation** | **03/03/23** | **$1,011.00** |
| **Recipients relationship to debtor**<br>**None** | | | |
| 9.2.  **GNC Holdings LLC**<br>**300 Sixth Avenue**<br>**Pittsburgh, PA 15222** | **18th Annual GNC Live Well Foundation Charrity Golf Outing** | **08/11/23** | **$15,000.00** |
| **Recipients relationship to debtor**<br>**None** | | | |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

Debtor   **Zero Day Nutrition Company f/k/a GB Nutrition Company**          Case number *(if known)*  **24-31134**

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **2/12/24 - $10,000 (from Zero Day Nutrition)** **3/11/24 - $15.000 (from Day One Distribution)** **3/12/24 - $15,000 (from Zero Day Nutrition)** **3/12/24 - $13,476 (from Day One Distribution)** | |
| | **Haselden Farrow PLLC 700 Milam Suite 1300 Houston, TX 77002** | **Debtors collectively paid $50,000.00, plus $3,476.00 for filing fees, to HF prior to bankruptcy filing on dates listed below. On March 12, 2024, HF applied $25,530.00, plus $3,476.00, to prepetition invoices and expenses, including filing fees, leaving a post petition retainer of $24,470.00 for these jointly administered cases.** | | **$53,476.00** |
| | Email or website address **www.haseldenfarrow.com** | | | |
| | Who made the payment, if not debtor? **Debtor & Day One Distribution LLC (co-debtor)** | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

## 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Zero Day Nutrition Company f/k/a GB Nutrition Company**          Case number *(if known)* **24-31134**

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Billing details of bank and credit card information, shipping address details all stored in shipping application and QuickBooks.**

   Does the debtor have a privacy policy about that information?
   ■ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    **Zero Day Nutrition Company f/k/a GB Nutrition Company**          Case number *(if known)*  **24-31134**

---

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| ThermoLife International<br>1220 E Hill St.<br>Signal Hill, CA 90755 | 12502 Exchange Dr #448<br>Stafford, TX 77477 | Materials provided by Thermolife for production of their specialized product that is segregated in warehouse. | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Product Labels Owned By Various Customer | | Product Labels Owned By Various Customers | Unknown |

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

---

| Debtor | Zero Day Nutrition Company f/k/a GB Nutrition Company | Case number *(if known)* | 24-31134 |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. **Day One Distribution LLC**<br>**12502 Exchange Drive**<br>**Suite 448**<br>**Stafford, TX 77477** | **Sales and marketing entity for private-labeled nutritional supplement products.** | EIN: **84-3031125**<br><br>From-To **08/30/2019 - present** |
| 25.2. **Zero Torque Manufacturing, LLC**<br>**Attn: David Lovatt**<br>**11427 West I-70 Frontage Road North**<br>**Wheat Ridge, CO 80033** | **Joint business venture between Torque Lifestyle Brands, Inc. (51%) and Zero Day Nutrition Company (49%). Business never was funded or operated** | EIN: **87-1894734**<br><br>From-To **07/21/21** |
| 25.3. **Talisman LLC dba Sender Brand**<br>**651 N Plano Road**<br>**#419**<br>**Richardson, TX 75081** | | EIN: **83-3545791**<br><br>From-To **02/2019 - present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Melton & Melton LLP**<br>**6002 Rogerdale Rd., Suite 200**<br>**Stafford, TX 77477** | **2013 - present** |
| 26a.2. **Hanan Soliman**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | **08/22/22 - 01/2024** |
| 26a.3. **Chadwick Rood**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | **10/2020 - 06/2022** |
| 26a.4. **Stewart Nixon**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | **01/24 - present** |
| 26a.5. **Thomas Zennen** | **08/2018 - 12/20** |
| 26a.6. **Michael Bischoff**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | **2013 - present** |

Debtor  **Zero Day Nutrition Company f/k/a GB Nutrition Company**          Case number *(if known)*  **24-31134**

| Name and address | Date of service From-To |
|---|---|
| 26a.7.  **Amy Maher**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | **10/2022 - present** |
| 26a.8.  **Annette Hoover**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | **02/2023 - 03/2024** |
| 26a.9.  **Abbie Eiley**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | **06/2022 - 10/2022** |
| 26a.10.  **Esther Trevino**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | **10/2022 - 05/2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Melton & Melton LLP** | |
| 26c.2.  **Amy Maher**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | |
| 26c.3.  **Michael Bischoff**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | |
| 26c.4.  **Stewart Nixon**<br>**12502 Exchange Dr #448**<br>**Stafford, TX 77477** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **SBA (Texas Gulf Bank)**<br>**900 Town & Country Lane**<br>**Suite 100**<br>**Houston, TX 77024** |
| 26d.2.  **Melton & Melton LLP** |
| 26d.3.  **Ampla LLC** |

Debtor   **Zero Day Nutrition Company f/k/a GB Nutrition Company**          Case number *(if known)*   **24-31134**

| Name and address |
|---|
| 26d.4.   **3Point Capital**<br>**2901 Clint Moore Road**<br>**#401**<br>**Boca Raton, FL 33496** |
| 26d.5.   **LG Funding**<br>**1218 Union Street**<br>**Brooklyn, NY 11225** |
| 26d.6.   **Kickfurther** |
| 26d.7.   **Nuvision Resolve**<br>**1800 Route 34, Suite 102**<br>**Belmar, NJ 07719** |
| 26d.8.   **Amegy Bank**<br>**Attn: Jeff Tarpinian**<br>**17602 Southwest Freeway**<br>**Sugar Land, TX 77479** |
| 26d.9.   **Retail Capital LLC**<br>**25200 Telegraph Road**<br>**Suite 250**<br>**Southfield, MI 48033** |
| 26d.10.   **Valor Funding** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael L. Bischoff, Jr.** | **12502 Exchange Dr., Suite 448**<br>**Stafford, TX 77477** | | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor   **Zero Day Nutrition Company f/k/a GB Nutrition Company**        Case number *(if known)*  **24-31134**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **See attached Exhibit "SOFA #4"** | | | |
| Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 14, 2024**

_____                         **Michael Bischoff**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes