| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Day One Distribution LLC**<br>Name | EIN: | 84–3031125 |
| United States Bankruptcy Court | Southern District of Texas | Date case filed in chapter: | 11   3/14/24 |
| Case number: | 24–31133 | Date case converted to chapter: | 7   7/19/24 |

## Official Form 309C (For Corporations or Partnerships)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline         10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Day One Distribution LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 12502 Exchange Dr.<br>No. 448<br>Stafford, TX 77477 | |
| 4. | **Debtor's attorney**<br>Name and address | Melissa Anne Haselden<br>Haselden Farrow PLLC<br>700 Milam<br>Suite 1300<br>Pennzoil Place<br>Houston, TX 77002 | Contact phone 832–819–1149<br><br>Email: mhaselden@haseldenfarrow.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronald J Sommers<br>Ronald Sommers, Trustee<br>1400 Post Oak Blvd., Suite 300<br>Houston, TX 77056 | Contact phone 713–892–4801<br><br>Email: efile@nathansommers.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone (713) 250–5500<br><br>Date: 7/23/24 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 21, 2024 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 682 178 5371, and Passcode 6535301858, OR call 1 346 489 6624**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**         page 1

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 24-31133-evr |
| Day One Distribution LLC | Chapter 7 |
| Zero Day Nutrition Company | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 4 |
| Date Rcvd: Jul 23, 2024 | Form ID: 309C | Total Noticed: 97 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Day One Distribution LLC, Zero Day Nutrition Company, 12502 Exchange Dr., No. 448, Stafford, TX 77477-3608 |
| aty | + | Alicia Lenae Barcomb, DOJ-Ust, 515 Rusk Ave., Suite 3516, Houston, TX 77002-2604 |
| aty | + | Elyse M Farrow, Haselden Farrow PLLC, 700 Milam, Ste 1300, Houston, TX 77002-2736 |
| aty | + | John S Mayer, Ross Banks May Cron & Cavin, PC, 7700 San Felipe, Ste 550, Houston, TX 77063-1618 |
| aty | + | Mark D Sherrill, Eversheds Sutherland (US) LLP, 1001 Fannin, Suite 3700, Houston, TX 77002-6785 |
| cr | + | CP Oakley, LP, 2404 Blue Bonnet Blvd, Houston, TX 77030-3502 |
| cr | + | Texas Gulf Bank, N.A., 900 Town & Country Ln., Suite 100, Houston, TX 77024-2227 |
| 12656136 | + | 3 Point Capital Group, 2901 Clint Moore Road #401, Boca Raton, FL 33496-2041 |
| 12656141 | + | A&A Pharmachem, 16885 West Bernardo Drive, Suite 100, San Diego, CA 92127-1619 |
| 12656164 | + | ATS Labs, 25275 Budde Road, Suite 5, Spring, TX 77380-2344 |
| 12656138 | + | Ampla LLC, 1239 Broadway, 12th Floor, New York, NY 10001-4336 |
| 12656128 | + | Bank of the West, 1625 W. Fountainhead Pkwy., Tempe, AZ 85282-2371 |
| 12694853 | + | CAB assignee of Shanghai Derain Biotech Co LTD, 4340 Fulton Ave, Third Fl., Sherman Oaks, CA 91423-3925 |
| 12656143 | + | CP Oakley LP, 2800 Post Oak Blvd, Suite 500, Houston, TX 77056-6156 |
| 12656135 | + | Cash Fund, 110 16th St., Suite 901, Denver, CO 80202-5274 |
| 12656142 | + | Cepham Inc., 142 Belmont Drive, Unit 14, Somerset, NJ 08873-1204 |
| 12656171 | + | Consolidated Label Co., 2001 E. Lake Mary Blvd., Sanford, FL 32773-7140 |
| 12656151 | + | Container & Packaging, 1345 E. State Street, Eagle, ID 83616-6013 |
| 12656184 | + | DYAD, 401 N. Michigan Ave., Suite 1400, Chicago, IL 60611-4263 |
| 12712576 | + | Fifth Nutrisupply, Inc., Coface North America Insurance Company, 600 College Road East, Ste. 1110, Princeton, NJ 08540-6880 |
| 12656172 | + | Fitness Informant, 13961 Wellington Dr., Eden Prairie, MN 55347-1740 |
| 12656146 | + | Foley & Lardner LLP, 1000 Louisiana Street, Suite 2000, Houston, TX 77002-5018 |
| 12656173 | + | Free State, PO Box 382, Shawnee Mission, KS 66201-0382 |
| 12656149 | + | Freeman Nutra, 200 Metroplex Dr., Suite 402, Edison, NJ 08817-2600 |
| 12656147 | + | GNC Corporate, Attn: Legal, 75 Hopper Place, Pittsburg, PA 15222-2528 |
| 12656186 | + | GNC Corporate, Attn: Legal, 300 6th Ave, Pittsburg, PA 15222-2514 |
| 12698302 | + | GNC Holdings, LLC, Gregory Guinto, VP, 75 Hopper Place, Suite 501, Pittsburgh, PA 15222-4762 |
| 12656174 | #+ | High Impact Analytics, 5208 Village Pkwy #1, Rogersaw, AR 72758-8199 |
| 12656168 | | Hosstile Inc., 635 Tecumseh Road West, Windsor, Ontario, Canada N8X 5G1 |
| 12656152 | + | Kerry, 2-D Janine Place, New Brunswick, NJ 08901-3646 |
| 12656175 | + | Kintsugi Digital, 5049 Edwards Ranch Rd, Floor 4, Fort Worth, TX 76109-4213 |
| 12656154 | + | Kyowa Hakko USA Inc., 600 Third Avenue, 19th Floor, New York, NY 10016-1901 |
| 12697645 | + | LG Funding LLC, 200 Garden City Plaza, Suite 405, Garden City NY 11530-3338 |
| 12656156 | + | M2 Ingredients, 5931 Priestly Drive, Suite 101, Carlsbad, CA 92008-8810 |
| 12697574 | + | MHF Opco, LLC, 211 Leer St., New Lisbon, WI 53950-1170 |
| 12656153 | + | Melton & Melton LLP, 6002 Rogerdale Rd, Suite 200, Houston, TX 77072-1660 |
| 12656155 | + | Mibelle Biochemistry USA, 500 Summer Street, Suite 202, Stanford, CT 06901-1306 |
| 12656176 | + | Mill Haven Foods, 211 Leer Street, New Lisbon, WI 53950-1170 |
| 12656157 | | NP Nutra / Natures Power, Nutraceuticals, 15161-15181 S. Figueroa St., Gardena, CA 90248 |
| 12656188 | + | Natural Body, 1123 Zonolite Road, Suite 16, Atlanta, GA 30306-2015 |
| 12656177 | + | Nexus Brand Group, 721 N Eckhoff St., Orange, CA 92868-1005 |
| 12656189 | + | Nutrizone-IN, 3401 S US Hwy 41, Terre Haute, IN 47802-4154 |
| 12696636 | + | Ouiby Inc., c/o Kevin S. Neiman, Esq., Law Offices of Kevin S. Neiman, pc, 999 18th Street, Suite 1230 S, Denver, CO 80202-2414 |

| District/off: 0541-4 | User: ADIuser | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: 309C | Total Noticed: 97 |

| | | |
|---|---|---|
| 12656137 | | Ouiby Inc. dba Kickfurther, PO Box 21584, Boulder, CO 80308-4584 |
| 12656178 | + | PGC Logistics LLC, 18515 Aldine Westfield, Houston, TX 77073-3825 |
| 12656130 | + | Pawnee Lease, 654 Amherst Road, Suite 320, Sunderland, MA 01375-9420 |
| 12656179 | + | Price Plow, 100 Commons Rd., Suite 7 #199, Dripping Springs, TX 78620-3966 |
| 12656158 | | Prinova Flavors LLC, 36780 Eagle Way, Chicago, IL 60678-1367 |
| 12656159 | + | Priority 1 Inc., 10100 North Central Expressway, Suite 380, Dallas, TX 75231-4159 |
| 12656132 | + | Priority Capital, 174 Green Street, Melrose, MA 02176-1920 |
| 12656160 | | Priority Plastics Inc., PO Box 797094, St. Louis, MO 63179-7000 |
| 12656162 | | Quadra Ingredients, PO Box 675037, Dallas, TX 75267-5037 |
| 12656190 | | Rocks Discount Vitamins, 13517 Northwest Blvd., Suite B, Corpus Christi, TX 78410-5145 |
| 12656169 | | SSF, 6 Maize Flower Pl, Tomball, TX 77375-0186 |
| 12656180 | + | Scott William Crawford, 315 Canyon Springs Dr., Allen, TX 75002-0637 |
| 12656181 | | Smartshake, Jrnmalmsgatan 2,, 721 32, Vsters, Sweden |
| 12675460 | | Smartshake AB, Inkasso AB Marginalen, Box 6134, Adolf Fredriks Kyrkogata 8, Stockholm, Sweden 10041 |
| 12656182 | + | St. Denis Companies, 2452 W. Birchwood Ave., Suite 114, Mesa, AZ 85202-1067 |
| 12656185 | + | Talisman LLC, 9520 N. May Ave., Oklahoma City, OK 73120-2724 |
| 12656139 | + | Texas Gulf Bank, 900 Town & Country Lane, Suite 100, Houston, TX 77024-2227 |
| 12656163 | + | ThermoLife International, 1220 E. Hill St., Signal Hill, CA 90755-3524 |
| 12698594 | + | ThermoLife International LLC, c/o Steven J. Solomon, 333 SE 2nd Ave., Suite 3200, Miami, FL 33131, steven.solomon@gray-robinson.com 33131-2191 |
| 12656161 | + | Unichem Enterprises, 1905 South Lynx Place, Ontario, CA 91761-8055 |
| 12656183 | + | Veracity Insurance Solutions LLC, 260 South 2500 West, Suite 303, Pleasant Grove, UT 84062-4704 |
| 12710038 | + | WM CORPORATE SERVICES, INC., 2550 W. Union Hills Dr., Phoenix, Az. 85027-5163 |
| 12697321 | + | WWEX Franchise Holdings LLC, Worldwide Express, 2700 Commerce St. 15th Floor, Dallas, TX 75226-1404 |
| 12656166 | | Wild Flavors Inc., 75 Remittance Drive, Suite 1046, Chicago, IL 60675-1046 |
| 12656167 | + | Worldwide Express, 2700 Commerce Street, Suite 1500, Dallas, TX 75226-1404 |
| 12656187 | + | iHerb, 17825 Indian Street, Moreno Valley, CA 92551-9533 |

TOTAL: 69

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| aty | | Email/Text: rsmiley@fbfk.law | Jul 23 2024 20:12:00 | Rachael L Smiley, Ferguson Braswell Fraser Kubasta PC, 2500 Dallas Parkway, Suite 600, Plano, TX 75093 |
| aty | + | Email/Text: bcd@oag.texas.gov | Jul 23 2024 20:12:00 | Christopher S Murphy, Texas Attorney General's Office, PO Box 12548, Austin, TX 78711-2548 |
| aty | | Email/Text: noticebnc@dntlaw.com | Jul 23 2024 20:12:00 | Donald L Turbyfill, Devlin Naylor & Turbyfill, PLLC, 5120 Woodway, Suite 9000, Houston, TX 77056-1725 |
| aty | | Email/Text: houston_bankruptcy@LGBS.com | Jul 23 2024 20:13:00 | Jeannie Lee Andresen, Linebarger Goggan Blair & Sampson LLP, PO BOX 3064, Houston, TX 77253-3064 |
| aty | + | EDI: QMAHASELDEN | Jul 24 2024 00:02:00 | Melissa A Haselden, Haselden Farrow PLLC, Pennzoil Place, 700 Milam, Suite 1300, Houston, TX 77002-2736 |
| aty | | Email/Text: mhaselden@haseldenfarrow.com | Jul 23 2024 20:11:00 | Melissa Anne Haselden, Haselden Farrow PLLC, 700 Milam, Suite 1300, Pennzoil Place, Houston, TX 77002 |
| tr | + | EDI: FRJSOMMERS.COM | Jul 24 2024 00:02:00 | Ronald J Sommers, Ronald Sommers, Trustee, 1400 Post Oak Blvd., Suite 300, Houston, TX 77056-6656 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Jul 23 2024 20:12:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| cr | + | EDI: AISACG.COM | Jul 24 2024 00:02:00 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jul 23 2024 20:13:00 | Fort Bend County, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, P.O. |

| District/off: 0541-4 | User: ADIuser | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: 309C | Total Noticed: 97 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 3064, Houston, TX 77253-3064 |
| cr | ^ | MEBN | Jul 23 2024 20:12:23 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher S. Murphy, PO Box 12548, Austin, TX 78711-2548 |
| 12689825 | | Email/PDF: bncnotices@becket-lee.com | Jul 23 2024 20:28:05 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 12656170 | + | Email/Text: bankruptcynotices@amazon.com | Jul 23 2024 20:13:00 | Amazon Business, 410 Terry Ave N, Seattle, WA 98109-5210 |
| 12656193 | + | Email/PDF: bncnotices@becket-lee.com | Jul 23 2024 20:28:03 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 12656144 | | Email/PDF: bncnotices@becket-lee.com | Jul 23 2024 20:25:31 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 12656145 | + | Email/PDF: bncnotices@becket-lee.com | Jul 23 2024 20:27:58 | American Express Platinum, 448 PO Box 6031, Carol Stream, IL 60197-6031 |
| 12697948 | + | EDI: BMW.COM | Jul 24 2024 00:02:00 | BMW Financial Services NA, LLC, 1400 City View Drive, Columbus, OH 43215-1477 |
| 12656131 | + | Email/Text: bfinley@banleaco.com | Jul 23 2024 20:12:00 | Banleaco, 11017 Aurora Avenue, Urbandale, IA 50322-7902 |
| 12656150 | | EDI: COMCASTCBLCENT | Jul 24 2024 00:02:00 | Comcast, PO Box 60533, City of Industry, CA 91716-0533 |
| 12688323 | ^ | MEBN | Jul 23 2024 20:12:22 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 12671638 | | EDI: IRS.COM | Jul 24 2024 00:02:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 12656148 | + | Email/Text: bankruptcies@lgfunding.com | Jul 23 2024 20:12:00 | LG Funding, 1218 Union Street, Brooklyn, NY 11225-1512 |
| 12656134 | + | Email/Text: bankruptcymail@leafnow.com | Jul 23 2024 20:12:00 | Leaf Capital Funding LLC, 2005 Market Street, 14th Floor, Philadelphia, PA 19103-7009 |
| 12656140 | | Email/Text: bankruptcy@pawneeleasing.com | Jul 23 2024 20:11:00 | Pawnee Leasing, 3801 Automation Way, Suite 207, Fort Collins, CO 80525 |
| 12656133 | | Email/Text: Bankruptcy@stearnsbank.com | Jul 23 2024 20:11:00 | Stearns Bank, 500 13th Street, PO Box 750, Albany, MN 56307 |
| 12656127 | + | Email/Text: kgee@texasgulfbank.com | Jul 23 2024 20:11:00 | Texas Gulf Bank, 1030 Dixie Drive, Clute, TX 77531-5124 |
| 12656129 | ^ | MEBN | Jul 23 2024 20:12:28 | U.S. Small Business Administration, 1545 Hawkins Blvd, Suite 202, El Paso, TX 79925-2654 |
| 12656165 | | Email/Text: jmills@wm.com | Jul 23 2024 20:12:00 | Waste Management, 800 Capitol Street, Suite 3000, Houston, TX 77002 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ampla LLC |
| cr | | Freepoint Energy Solutions LLC |
| 12657704 | | Name,Address1,Address2,Address3,City,State,Zip, 3PCG Inc.,1019 Avenue P,Suite 401,,Brook, AFCO Credit / USI,900 S Capital of Teaxa, Amazon Business,440 Terry Ave N,,,Seattl, American Express,PO Box 981537,,,El Paso, Ampla LLC,'1239 Broadway, 12th Floor',,, |
| 12656192 | *+ | GNC Corporate, Attn: Legal, 75 Hopper Place, Pittsburg, PA 15222-2528 |
| 12656191 | *+ | LG Funding, 1218 Union Street, Brooklyn, NY 11225-1512 |

District/off: 0541-4        User: ADIuser        Page 4 of 4
Date Rcvd: Jul 23, 2024        Form ID: 309C        Total Noticed: 97

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alicia Lenae Barcomb | on behalf of U.S. Trustee US Trustee alicia.barcomb@usdoj.gov |
| Christopher S Murphy | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Donald L Turbyfill | on behalf of Creditor Texas Gulf Bank N.A. dturbyfill@dntlaw.com |
| Elyse M Farrow | on behalf of Debtor Zero Day Nutrition Company EFarrow@HaseldenFarrow.com elysefarrow@gmail.com |
| Elyse M Farrow | on behalf of Debtor Day One Distribution LLC EFarrow@HaseldenFarrow.com elysefarrow@gmail.com |
| Jeannie Lee Andresen | on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com chymel@dorelaw.com |
| John S Mayer | on behalf of Creditor CP Oakley LP jmayer@rossbanks.com |
| Mark D Sherrill | on behalf of Creditor Freepoint Energy Solutions LLC marksherrill@eversheds-sutherland.com |
| Melissa A Haselden | on behalf of Debtor Day One Distribution LLC mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;mhaselden@ecf.courtdrive.com;haselden.melissaa.r104367@notify.bestcase.com |
| Melissa A Haselden | on behalf of Debtor Zero Day Nutrition Company mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;mhaselden@ecf.courtdrive.com;haselden.melissaa.r104367@notify.bestcase.com |
| Melissa Anne Haselden | on behalf of Debtor Day One Distribution LLC mhaselden@haseldenfarrow.com haseldenbankruptcy@gmail.com,haselden.melissaa.r104367@notify.bestcase.com;mhaselden@ecf.courtdrive.com |
| Melissa Anne Haselden | on behalf of Debtor Zero Day Nutrition Company mhaselden@haseldenfarrow.com haseldenbankruptcy@gmail.com,haselden.melissaa.r104367@notify.bestcase.com;mhaselden@ecf.courtdrive.com |
| Rachael L Smiley | on behalf of Creditor Ampla LLC rsmiley@fbfk.law eglenn@fbfk.law |
| Ronald J Sommers | efile@nathansommers.com RS@trustesolutions.com,RS@trustesolutions.net,pbuenano@nathansommers.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 15