United States Bankruptcy Court
Southern District of Texas

**ENTERED**

September 09, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAY ONE DISTRIBUTION LLC, et al., | § | JOINTLY ADMINISTERED UNDER |
| | § | |
| Debtors[1]. | § | CASE NO. 24-31133-11 |
| | § | |
| | § | Judge Eduardo V. Rodriguez |

**ORDER ON FIRST AND FINAL APPLICATION OF DREW MCMANIGLE FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SUBCHAPTER V TRUSTEE FOR THE PERIOD FROM MARCH 18, 2024 TO JULY 19, 2024**

On this day, came on for consideration the First and Final Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Subchapter V Trustee (the "**Application**"), filed by Drew McManigle ("**Trustee**"), in his capacity as Subchapter V Trustee for the estates of Day One Distribution, LLC and Zero Day Nutrition Company f/k/a GB Nutrition Company (collectively the **"Debtors"**), in the above captioned proceeding, for the period from March 18, 2024 to July 19, 2024. The Court has reviewed the Application and finds that no objections were filed, and that all of the services rendered and costs advanced by the Trustee on behalf of the Debtors' estates, as set out in the Application, were reasonable, actual and necessary. Accordingly, it is, therefore, ORDERED that

1.     The Application is APPROVED.

2.     The Court approves compensation to Drew McManigle, Subchapter V Trustee, fees in the amount of $4,595.00, on a final basis.

3.     The Court authorizes the Trustee to apply the $2,000 in payments made pursuant to the Court's order [ECF No. 39] requiring interim compensation be paid to the Trustee, leaving a remaining balance of $2,595.00 to be paid from the Debtors' estates to the Trustee's firm, MACCO Restructuring Group, LLC.

Signed: September 09, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Zero Day Nutrition Company f/k/a GB Nutrition Company (7108), Case No. 24-31134 and Day One Distribution, LLC (1125), Case No. 24- 31133. The location of the Debtors' service address is 12502 Exchange Dr., Suite 448, Stafford, TX 77477.